IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., as Indenture Trustee, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    Civil Action No. 21-00028-KD-B |
| | ) |
| BAMA OAKS RETIREMENT, LLC, | ) |
| SAINT SIMONS HEALTH CARE, LLC, | ) |
| and MEDICAL CLINIC BOARD OF THE | ) |
| CITY OF MOBILE (SECOND), | ) |
| | ) |
|     Defendants. | ) |

## ORDER

This action is before the Court on the Motions to Approve Compensation for Services Rendered and Expenses Incurred as Counsel to Receiver from April 1 through April 30, 2021, and from May 1 through May 31, 2021, filed by Waller Lansden Dortch & Davis LLP (doc. 53, doc. 61). As to April, Waller seeks approval of compensation in the total amount of $11,452.84 comprised of $8,984.85 for professional services and $2,467.99 for expenses (doc. 53, p. 5).[1] As to May, Waller seeks approval of compensation in the total amount of $10,467.91 comprised of $10,054.80 for professional services and $413.11 for expenses (doc. 61, p. 5).

Waller asserts that the compensation and reimbursement requested is reasonable and incurred for services necessary to the Receiver's performance and exercise of his duties and responsibilities. In support, Waller cites to certain provisions in the Order appointing the

---

[1] The services performed and expenses incurred during the months of April and May 2021 were allocated between the Receivership for the Assisted Living Facility (Civil Action No. 21-00028-KD-B) and the Receivership for the Independent Living Facility (Civil Action No. 21-00029-KD-B), with the former incurring 70% of the attorney fees and expenses and the latter incurring 30% of same.

Receiver (doc. 42, ¶¶ 8, 19, 36). Waller also provides time records which describe the services provided; identify the attorney performing the services, the time expended by that attorney, and the hourly rate; the total fees; and the expenses incurred. (Exhibit A to the Motions).

The thirty (30) day periods for objection have passed (doc. 42, ¶ 36). To date, no objections have been filed.

Upon consideration of the Motions/Fee Applications, the computerized time records, the Order appointing the Receiver, and the absence of any objections, the Motions (doc. 53, doc. 61) are GRANTED. Accordingly, the Fee Applications are approved, and the Receiver is directed to pay, without further court order and at such times as the Receiver determines in his discretion that funds are available, the compensation requested.

DONE and ORDERED this the 12th day of August 2021.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE