IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOKF, N.A., as Indenture Trustee,**        )<br>    Plaintiff,                                                    )<br>                                                                        )<br>vs.                                                                    )<br>                                                                        )<br>**BAMA OAKS RETIREMENT, LLC;**           )<br>**SAINT SIMONS HEALTH CARE, LLC;**    )<br>**and THE MEDICAL CLINIC BOARD**        )<br>**OF THE CITY OF MOBILE (SECOND),**    )<br>    Defendants,                                                )  | **Civil Action No. 21-00028-KD-B** |
| **BOKF, N.A., as Indenture Trustee,**        )<br>    Plaintiff,                                                    )<br>                                                                        )<br>vs.                                                                    )<br>                                                                        )<br>**BAMA OAKS RETIREMENT, LLC;**           )<br>**SAINT SIMONS HEALTH CARE, LLC;**    )<br>**and THE MEDICAL CLINIC BOARD**        )<br>**OF THE CITY OF MOBILE (SECOND),**    )<br>    Defendants,                                                )  | **Civil Action No. 21-00029-KD-B** |
| **BOKF, N.A., as Indenture Trustee,**        )<br>    Plaintiff,                                                    )<br>                                                                        )<br>vs.                                                                    )<br>                                                                        )<br>**GORDON JENSEN HEALTH CARE**         )<br>**ASSOCIATION, INC.;**                                 )<br>**KNOLLWOOD NH, LLC;**                           )<br>**CONQUEST HEALTH SYSTEMS, LLC;**  )<br>**MARSH POINTE MANAGEMENT, LLC;** )<br>**and MEDICAL CLINIC BOARD OF THE**   )<br>**CITY OF MOBILE (SECOND),**                   )<br>    Defendants.                                                ) | **Civil Action No. 21-00031-KD-B** |

## **ORDER**

This action is before the Court on the Motions Requesting Hearing to Consider

Receiver's Motions to Approve Bidding Procedures and Sale Process filed by Receiver Derek

Pierce of Healthcare Management Partners, LLC (Doc. 110, Civil Action No. 21-00028-KD-B; Doc. 108, Civil Action No. 21-00029-KD-B; Doc. 136, Civil Action No. 21-00031-KD-B). The Receiver moves the Court to set a hearing on his Motion for Order (I) Authorizing and Approving Bidding Procedures for the Sale of Substantially All of the Assets of the Receivership Estates; (II) Authorizing the Sale of Substantially All of the Assets of the Receivership Estates Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (III) Approving Stalking Horse Purchaser, Break Up Fee, and Overbid Protections; (IV) Scheduling a Hearing to Approve the Sale of Substantially All of the Assets of the Receivership Estates; and (V) Granting Related Relief (Doc. 108, Civil Action No. 21-00028-KD-B; Doc. 106, Civil Action No. 21-00029-KD-B; Doc. 134, Civil Action No. 21-00031-KD-B).

Upon consideration, the Motions Requesting Hearing are GRANTED in part. Accordingly, any **objections** to the Bidding Procedures Motions must be **filed in writing** on or before **March 8, 2022**. If any objections are filed, then a hearing will be held **March 22, 2022, at 10:00 a.m**. in Courtroom 4B, United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

The Receiver shall serve a copy of this Order on all parties and interested persons and entities served with the Bidding Procedures Motions (Civil Action No. 21-00028-KD-B, Doc. 108, p. 22-27; Civil Action No. 21-00029-KD-B, Doc. 106, p. 22-27; Civil Action No. 21-00031-KD-N, Doc. 134, p. 22-27)

DONE and ORDERED this the 15th day of February 2022.

s/ Kristi K. DuBose  
KRISTI K. DuBOSE  
UNITED STATES DISTRICT JUDGE
