IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., as indenture trustee,<br><br>Plaintiff,<br><br>v.<br><br>BAMA OAKS RETIREMENT, LLC;<br>SAINT SIMONS HEALTH CARE, LLC;<br>and THE MEDICAL CLINIC BOARD OF<br>THE CITY OF MOBILE (SECOND),<br><br>Defendants. | Case No. 21-00028-KD-B |

**WALLER LANSDEN DORTCH & DAVIS, LLP'S MOTION TO APPROVE
COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED AS
COUNSEL TO RECEIVER FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022
(ASSISTED LIVING FACILITY)**

Waller Lansden Dortch & Davis, LLP ("*Waller*"), counsel to the court-appointed receiver (the "*Receiver*") in the above-captioned civil action, submits this motion to approve compensation for services rendered and reimbursement of costs and expenses incurred (the "*Fee Application*") February 1, 2022 through February 28, 2022 (the "*Application Period*") as counsel to the Receiver and, in support of the Fee Application, Waller respectfully states as follows:

BACKGROUND

1.  On April 13, 2021 (the "*Appointment Date*"), this Court entered the *Order Appointing Receiver* (Dkt. No. 42) (the "*Receiver Order*"),[1] appointing the Receiver to administer and control the Facility.

---

[1] Capitalized terms used in this Application and not otherwise defined shall have the meanings ascribed to them in the Receiver Order.

2. Since accepting the appointment pursuant to the Receiver Order, the Receiver has exercised his full power and authority to control, manage, administer, operate, and protect the Receivership Estate, as laid out in the Receiver Order. The Receiver has operated and administered the Receivership Estate in an economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors.

3. Paragraph (8), subsection (xxiv) of the Receiver Order allows HMP to employ counsel to assist it in its role as Receiver. This Court approved the Receiver's retention of Waller to represent it as its general counsel in this matter. (Receiver Order ¶ 19.)

4. Paragraph (36) of the Receiver Order provides that the Receiver shall file applications for payment of the Receiver's and Receiver Affiliates fees and expenses on the twentieth (20) of each calendar month. Additionally, paragraph (36) of the Receiver Order further provides that unless a party files a written objection to the application for payment within thirty (30) calendar days of the filing of application for payment, the application shall be deemed approved and the Receiver is authorized to pay the fees and expenses of the Receiver and Receiver Affiliates as necessary expenses of operation of the Facility without further order of the Court.

5. Pursuant to the Receiver Order, fees and expenses payable to Receiver Affiliates shall be treated as priority administrative claims against the Receivership Estate, and payment of such amounts in accordance with the Receiver Order take priority over payment of any claims arising prior to the date on which the Receiver is appointed (including, but not limited to, claims of the Trustee with respect to the Bonds).

6. The professional services provided by Waller are necessary to enable the Receiver to perform and exercise faithfully and confidently the Receiver's powers, duties, and responsibilities under the Receiver Order.

7. Waller charges the Receiver for its legal services at the hourly rates in effect as of January 1, 2022, for matters of this type, and for reimbursement of all reasonable costs and expenses incurred in connection with its representation of the Receiver in all matters concerning the above-captioned proceedings.

8. Waller maintains computerized time records of the time spent by all Waller professionals and paraprofessionals in connection with its representation of the Receiver.

9. Waller's computerized time records reflect the category of the services provided, the date services were performed, the name of the professionals and paraprofessionals who rendered the services, a description of the services provided, the amount of time expended, and the cost of such services.

10. As set forth in greater detail below, Waller's activities on behalf of the Receiver in relation to the above-captioned proceedings were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order.

11. Attached as **Exhibit A** to this application are computerized time records reflecting the services provided by Waller during the Application Period.

12. The services set forth in **Exhibit A** represent services provided by Waller to the Receiver in connection with this receivership and the concurrently pending, related receivership of Bama Oaks Retirement, LLC's independent living facility in case number 21-00029-KD-B pending in this Court (the "***Independent Living Facility Receivership***").

**DESCRIPTION OF SERVICES AND EXPENSES FOR THE APPLICATION PERIOD**

13. During the Application Period, Waller spent **34.0** hours providing services to the Receiver to assist the Receiver in fulfilling his duties and obligation under the Receiver Order, resulting in **$17,635.50** in fees and **$0.00** in expenses.

14. The services rendered by Waller during the Application Period were performed by Waller professionals as follows:

| Professional | Hourly Rate | Hours | Fees |
|---|---|---|---|
| Ryan K. Cochran | $575 | 11.9 | $6,842.50 |
| Brian J. Malcom | $490 | 20.5 | $10,045.00 |
| Blake D. Roth | $520 | 1.2 | $624.00 |
| Chris T. Cronk | $310 | 0.4 | $124.00 |
| **TOTAL** | | **34.0** | **$17,635.50** |

15. In addition, during the Application Period, Waller did not incur any expenses.

**TERMS AND CONDITIONS OF COMPENSATION**

16. Subject to this Court's approval, Waller seeks payment on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Waller during the Application Period.

17. The rates charged by Waller in this case are the same rates charged by Waller with regard to other matters of this type.

18. The Receiver has determined that a reasonable allocation of administrative expenses between the Facility and the facility in the Independent Living Facility Receivership is Seventy Percent (70%) to the Facility and Thirty Percent (30%) to the facility in the Independent Living Facility Receivership, based upon a percentage of revenue for each. Accordingly, because of the concurrent representation of the Receiver in this receivership and the Independent Living

Facility Receivership, Waller is seeking compensation of only Seventy Percent (70%) of the fees and expenses from this Receivership Estate, while seeking compensation of the remaining Thirty Percent (30%) of the fees and expenses from the Independent Living Facility Receivership's estate.

19. Accordingly, by this Fee Application, Waller seeks entry of an order granting approval, and directing payment, without further order of this Court, at such times as the Receiver determines in his absolute discretion that the funds are available, of (a) compensation in the amount of **$12,344.85** for professional services rendered in aid of the Receiver during the Application Period as counsel to the Receiver and (b) reimbursement of actual and necessary out of pocket disbursements and charges in the amount of **$0.00** incurred in the rendering of such professional services on behalf of the Receiver during the Application Period.

20. Other than Waller's partnership agreement, there are no agreements or understandings between Waller and any other person for the sharing of compensation to be received for services rendered as counsel to the Receiver during the above-captioned proceedings.

21. All services for which compensation is requested and expenses for which reimbursement is requested are reasonable, necessary, and were performed for and on behalf of the Receiver during the Application Period.

22. The fees and expenses incurred during the Application Period were incurred in the best interests of all parties to the above-captioned proceedings.

23. Waller has no interests adverse to the Receiver that would inhibit Waller from acting as counsel to the Receiver or performing any legal services for the Receiver as necessary for the performance of its duties under the Receiver Order.

WHEREFORE, the Waller respectfully requests that this Court enter an order approving this Fee Application and granting such other and further relief as this Court deems just and proper.

Dated: March 21, 2022

Respectfully submitted,

/s/ Brian J. Malcom
Brian J. Malcom
WALLER LANSDEN
DORTCH & DAVIS, LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-7342
Brian.Malcom@wallerlaw.com

- and -

Ryan K. Cochran
Alabama Bar No. 1748N70C
WALLER LANSDEN
DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel:  (615) 850-8778
Fax:  (615) 244-6304
ryan.cochran@wallerlaw.com

*Attorneys for the Receiver, Derek Pierce of Healthcare Management Partners, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, declare that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic noticing system on the date set forth below on the following:

**W. Joseph McCorkle , Jr.**
Balch & Bingham
P. O. Box 78
Montgomery, AL 36101

**Frederic Dorwart**
Frederic Dorwart Lawyers
Suite 100
124 E. Fourth Street
Tulsa, OK 74103

**James A. Higgins**
Frederic Dorwart, Lawyers PLLC
124 E. 4th Street
Tulsa, OK 74103

**Nora R. O'Neill**
Frederic Dorwart, Lawyers PLLC
124 East Fourth Street
Tulsa, OK 74103

**Patrick Nicholas Silloway**
Balch & Bingham
30 Ivan Allen Jr. Blvd., NW
Suite 700
Atlanta, GA 30308

**Walter Jones**
Balch & Bingham
30 Ivan Allen Jr. Blvd NW Suite 700
Atlanta, GA 30308

**Mary Allie Elizabeth Boller**
Thomas R. Boller, PC
150 Government Street
Suite 1001
Mobile, AL 36602

**Thomas R. Boller**
150 Government St., Ste. 1001
Mobile, AL 36602

**Michael Mark Linder , Jr.**
The Atchison Firm
3030 Knollwood Drive
Mobile, AL 36693

This 21st day of March, 2022.                   */s/ Brian J. Malcom*
                                                                             OF COUNSEL

## Exhibit A

**Waller Invoices**

**WALLER LANSDEN DORTCH & DAVIS, LLP**
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
615-244-6380
FEDERAL ID NO. 62-0479474


Healthcare Management Partners               March 11, 2022
Derek Pierce                                  Invoice 10847286
Via Email:                                    Page 1
dpierce@HCMPLLC.com                           Bill Through 02/28/22
                                              Billing Atty: R. Cochran


Our Matter #   021401.07202

               Bama Oaks Receivership

---

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/15/22 | Review of CM/ECF notices and calendar upcoming hearings and deadlines re: Bidding Procedures Motion<br>B110 | Cronk, Chris T. | 0.20 hrs. | $ 62.00 |
| | Code Total: | | 0.20 hrs. | $62.00 |
| 02/01/22 | Coordinate finalization of Asset Purchase Agreement and approval of Bidding Procedures Motion with Trustee and Bidder<br>B130 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 02/02/22 | Work on diligence items<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 02/03/22 | Work on due diligence issues<br>B130 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 02/06/22 | Work on due diligence<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 02/07/22 | Work on closing checklist<br>B130 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 02/15/22 | Work on resolution for issuer re: quitclaim deed and LURA<br>B130 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 02/15/22 | Call with W. Jones (Trustee counsel) re: claims and sale process<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |

| Date | Description | | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 02/17/22 | Work on Schedules for Asset Purchase Agreement | | | | |
| | B130 | | Cochran, Ryan K | 0.80 hrs. | $ 460.00 |
| 02/18/22 | Work on schedules for Asset Purchase Agreement | | | | |
| | B130 | | Cochran, Ryan K | 0.40 hrs. | $ 230.00 |
| 02/18/22 | Work on draft resolution for Medical Clinic Board and quitclaim deed and release of LURA | | | | |
| | B130 | | Cochran, Ryan K | 0.30 hrs. | $ 172.50 |
| 02/20/22 | Work on Asset Purchase Agreement Schedules | | | | |
| | B130 | | Cochran, Ryan K | 1.10 hrs. | $ 632.50 |
| 02/24/22 | Work on title issues | | | | |
| | B130 | | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 02/25/22 | Call with B. Guy (Stalking Horse counsel) re: schedules and title issues | | | | |
| | B130 | | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| | | Code Total: | | 4.80 hrs. | $2,760.00 |
| 02/11/22 | Call from Gracepoint re: sale motion | | | | |
| | B310 | | Cronk, Chris T. | 0.20 hrs. | $ 62.00 |
| | | Code Total: | | 0.20 hrs. | $62.00 |
| 02/14/22 | Analysis of impact of sale on reporting requirements related to Care Act funding | | | | |
| | C300 | | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| | | Code Total: | | 0.20 hrs. | $115.00 |
| 02/14/22 | Call from bondholder inquiring about status of sale efforts | | | | |
| | C400 | | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 02/15/22 | Respond to inquiry from creditor (D. Owen) re: same sale motion | | | | |
| | C400 | | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 02/15/22 | Respond to inquires from parties in interest served with sale motion | | | | |
| | C400 | | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| | | Code Total: | | 0.30 hrs. | $172.50 |
| 02/01/22 | Work on Motion to set Bidding Procedures Motion for hearing | | | | |
| | L250 | | Cochran, Ryan K | 0.80 hrs. | $ 460.00 |
| 02/01/22 | Work on declaration of D. Pierce re: support of sale order | | | | |
| | L250 | | Cochran, Ryan K | 1.10 hrs. | $ 632.50 |
| 02/01/22 | Draft and revise master service list | | | | |
| | L250 | | Malcom, Brian J. | 2.60 hrs. | $ 1,274.00 |
| 02/02/22 | Work on declaration in support of sale order | | | | |
| | L250 | | Cochran, Ryan K | 2.60 hrs. | $ 1,495.00 |
| 02/02/22 | Work on motion to set bidding procedures motion for hearing | | | | |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | L250 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 02/02/22 | Review and analyze file and draft and revise master service list | | | |
| | L250 | Malcom, Brian J. | 2.70 hrs. | $ 1,323.00 |
| 02/03/22 | Work on declaration in support of sale motion and confirmation of supporting facts | | | |
| | L250 | Cochran, Ryan K | 1.00 hrs. | $ 575.00 |
| 02/03/22 | Develop summary of pending litigation | | | |
| | L250 | Malcom, Brian J. | 1.80 hrs. | $ 882.00 |
| 02/04/22 | Prepare pending and potential litigation summary for bidder due diligence | | | |
| | L250 | Malcom, Brian J. | 0.50 hrs. | $ 245.00 |
| 02/06/22 | Prepare summary of pending litigation for sale | | | |
| | L250 | Malcom, Brian J. | 2.10 hrs. | $ 1,029.00 |
| 02/07/22 | Review, edit and revise master service list for bidding procedures | | | |
| | L250 | Malcom, Brian J. | 1.40 hrs. | $ 686.00 |
| 02/09/22 | Attention to service of bidding procedures motion | | | |
| | L250 | Malcom, Brian J. | 0.40 hrs. | $ 196.00 |
| 02/13/22 | Work on fee applications and monthly operating report | | | |
| | L250 | Cochran, Ryan K | 0.30 hrs. | $ 172.50 |
| 02/14/22 | Draft and revise certificate of service and master service list for bidding procedures motion | | | |
| | L250 | Malcom, Brian J. | 1.70 hrs. | $ 833.00 |
| 02/14/22 | Communicate with L. Douglas and J. Scouten re: ▮▮▮▮▮▮▮▮▮▮ | | | |
| | L250 | Roth, Blake D | 0.10 hrs. | $ 52.00 |
| 02/15/22 | Draft and revise certificate of service and master service list for bidding procedures motion | | | |
| | L250 | Malcom, Brian J. | 1.40 hrs. | $ 686.00 |
| 02/16/22 | Work on letter to accompany service of scheduling order on sale motion | | | |
| | L250 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 02/16/22 | Draft and revise notice re: service of order setting hearing on bidding procedures motion and draft and revise certificate of service and master service list | | | |
| | L250 | Malcom, Brian J. | 2.10 hrs. | $ 1,029.00 |
| 02/17/22 | Work on letter to notice parties re: sale proceedings | | | |
| | L250 | Cochran, Ryan K | 0.30 hrs. | $ 172.50 |
| 02/17/22 | Draft and revise pending motions section for monthly operating report | | | |
| | L250 | Malcom, Brian J. | 0.20 hrs. | $ 98.00 |
| 02/17/22 | Prepare service of order and notice of service re: motions requesting hearing to consider motion to approve bidding procedures | | | |
| | L250 | Malcom, Brian J. | 0.90 hrs. | $ 441.00 |
| 02/18/22 | Prepare service of order and notice of service re: hearing on bidding procedures motion | | | |
| | L250 | Malcom, Brian J. | 1.70 hrs. | $ 833.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/18/22 | Draft and revise monthly operating reports and fee motions<br>L250 | Malcom, Brian J. | 0.40 hrs. | $ 196.00 |
| 02/18/22 | Draft Receiver's fee applications<br>L250 | Roth, Blake D | 0.40 hrs. | $ 208.00 |
| 02/18/22 | Draft monthly operating reports<br>L250 | Roth, Blake D | 0.30 hrs. | $ 156.00 |
| 02/18/22 | Draft Waller's fee applications<br>L250 | Roth, Blake D | 0.40 hrs. | $ 208.00 |
| 02/21/22 | Plan and prepare for filing of monthly operating reports and fee motions<br>L250 | Malcom, Brian J. | 0.20 hrs. | $ 98.00 |
| 02/22/22 | Work on monthly operating report and fee applications<br>L250 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 02/22/22 | Draft and revise monthly operating reports and fee motions and prepare same for filing with court<br>L250 | Malcom, Brian J. | 0.40 hrs. | $ 196.00 |
| | Code Total: | | 28.30 hrs. | $14,464.00 |
| | Total Fees for Professional Services | | | $ 17,635.50 |

### Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Cochran, Ryan K | 575.00 | 11.90 | $ 6,842.50 |
| Malcom, Brian J. | 490.00 | 20.50 | $ 10,045.00 |
| Roth, Blake D | 520.00 | 1.20 | $ 624.00 |
| Cronk, Chris T. | 310.00 | 0.40 | $ 124.00 |
| TOTAL | | 34.00 | $ 17,635.50 |

Total Fees and Disbursements on This Invoice     $ 17,635.50

PLEASE REMIT TOTAL AMOUNT DUE     $ 17,635.50