IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., as indenture trustee,<br><br>Plaintiff,<br><br>v.<br><br>BAMA OAKS RETIREMENT, LLC;<br>SAINT SIMONS HEALTH CARE, LLC;<br>and THE MEDICAL CLINIC BOARD OF<br>THE CITY OF MOBILE (SECOND),<br><br>Defendants. | Case No. 21-00028-KD-B |

**RECEIVER'S MOTION TO APPROVE COMPENSATION
FOR SERVICES RENDERED AND EXPENSES INCURRED FOR
THE PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022
(ASSISTED LIVING FACILITY)**

Derek Pierce, managing partner of Healthcare Management Partners, LLC ("**HMP**"), as the court-appointed receiver (the "**Receiver**") in the above-captioned action, submits this motion (the "**Fee Application**") for compensation for services rendered and reimbursement of costs and expenses incurred April 1, 2022 through April 30, 2022 (the "**Application Period**") and, in support of this application, respectfully states as follows:

**BACKGROUND**

1.      On April 13, 2021 (the "**Appointment Date**"), this Court entered the *Order Appointing Receiver* (Dkt. No. 42) (the "**Receiver Order**"),[1] appointing the Receiver to administer and control the Facility.

2.      Since accepting the appointment pursuant to the Receiver Order, the Receiver has exercised his full power and authority to control, manage, administer, operate, and protect the

---
[1] Capitalized terms used in this Application and not otherwise defined shall have the meanings ascribed to them in the Receiver Order.

Receivership Estate, as laid out in the Receiver Order. The Receiver has operated and administered the Receivership Estate in an economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors.

3. Paragraph (8), subsection (xxx) of the Receiver Order allows the Receiver to pay itself such fees (and reimburse such expenses) as are payable in accordance with the terms of the Receiver Order, absent any contrary order of this Court.

4. Paragraph (36) of the Receiver Order provides that the Receiver shall file applications for payment of the Receiver's and Receiver Affiliates fees and expenses on the twentieth (20) of each calendar month. Additionally, paragraph (36) of the Receiver Order further provides that unless a party files a written objection to the application for payment within thirty (30) calendar days of the filing of application for payment, the application shall be deemed approved and the Receiver is authorized to pay the fees and expenses of the Receiver and Receiver Affiliates as necessary expenses of operation of the Facility without further order of the Court.

5. Paragraph (37) of the Receiver Order provides the Receiver shall receive from the Receivership Estate the greater of Seven Thousand Dollars ($7,000) per month or five percent (5%) of Net Revenues (as defined in the Receiver Order).

6. Paragraph (38) of the Receiver Order further provides the Receivership Estate shall reimburse the Receiver's reasonable out-of-pocket expenses.

7. Fees and expenses payable to the Receiver shall be treated as priority administrative claims against the Receivership Estate, and payment of such amounts in accordance with the Receiver Order take priority over payment of any claims arising prior to the

date on which the Receiver is appointed (including, but not limited to, claims of the Trustee with respect to the Bonds).

8. As set forth in greater detail below, the Receiver's activities during the Application Period were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order.

9. As of the date of this Fee Application, the Facility's books were not closed for the Application Period.

10. Accordingly, the Receiver is only seeking approval of fees in the amount of **$7,000.00**.

11. The Receiver reserves the right to seek payment of additional fees, based upon Net Revenues for the Application Period.

### DESCRIPTION OF SERVICES AND EXPENSES FOR THE APPLICATION PERIOD

12. During the Application Period, the Receiver and HMP spent **21.4** hours fulfilling his duties and obligations under the Receiver Order.

13. Additionally, the Receiver utilized the following members of HMP when necessary, appropriate and reasonable in the interest of economy, as provided for in Paragraph (EE) of the Receiver Order:

| Professional | Hours |
|---|---|
| Zach Rowe, Managing Director | 0.5 |
| Jessica Scouten, Managing Director | 4.4 |
| Lauren Douglas, Senior Director | 3.0 |
| Tammy Cook, Senior Associate | 12.2 |
| Priscilla Smith, Associate | 0.1 |

| | |
|---|---|
| Austin Poff, Associate | 0.3 |
| Callum Hay, Intern | 0.9 |
| **TOTAL** | **21.4** |

14. The Receiver also utilized an affiliate, HMP Metrics, LLC, to provide services in the amount of **$743.90**, in connection with certain technology and management services.

15. In addition, during the Application Period, Receiver and HMP incurred actual, necessary expenses in the amount of **$427.99** in connection with software expenses.

16. Attached as **Exhibit A** to this application are a detailed accounting of the services provided by the Receiver and expenses incurred by the Receiver during the Application Period.

### TERMS AND CONDITIONS OF COMPENSATION

17. By this Fee Application, the Receiver seeks entry of an order granting approval, and directing payment, without further order of this Court, at such times as the Receiver determines in his absolute discretion that the funds are available, of (a) compensation in the amount of **$7,000.00** for professional services rendered in performing the Receiver's duties and obligations under the Receiver Order during the Application Period (with the right to seek approval of further or additional fees, upon closing of the Facility's books for the Application Period) and (b) reimbursement of actual and necessary out of pocket disbursements and charges in the amount of **$427.99** incurred in performing his duties and obligations under the Receiver Order during the Application Period.

18. Other than HMP's operating agreement, there are no agreements or understandings between the Receiver and any other person for the sharing of compensation to be received for services rendered as Receiver during the above-captioned proceedings.

19.     All services for which compensation is requested and expenses for which reimbursement is requested are reasonable, necessary, and were performed for and on behalf of the Receiver Estate during the Application Period.

20.     The fees and expenses incurred during the Application Period were incurred in the best interests of all parties to the above-captioned proceedings.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Receiver respectfully requests that this Court enter an order approving this Fee Application and granting such other and further relief as this Court deems just and proper.

Dated: May 20, 2022

Respectfully submitted,

 /s/ Brian J. Malcom
Brian J. Malcom
WALLER LANSDEN
DORTCH & DAVIS, LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-7342
Brian.Malcom@wallerlaw.com

- and -

Ryan K. Cochran
Alabama Bar No. 1748N70C
WALLER LANSDEN
DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel:  (615) 850-8778
Fax:  (615) 244-6304
ryan.cochran@wallerlaw.com

*Attorneys for the Receiver, Derek Pierce of Healthcare Management Partners, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, declare that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic noticing system on the date set forth below on the following:

| | |
|---|---|
| **W. Joseph McCorkle , Jr.**<br>Balch & Bingham<br>P. O. Box 78<br>Montgomery, AL 36101 | **Frederic Dorwart**<br>Frederic Dorwart Lawyers<br>Suite 100<br>124 E. Fourth Street<br>Tulsa, OK 74103 |
| **James A. Higgins**<br>Frederic Dorwart, Lawyers PLLC<br>124 E. 4th Street<br>Tulsa, OK 74103 | **Nora R. O'Neill**<br>Frederic Dorwart, Lawyers PLLC<br>124 East Fourth Street<br>Tulsa, OK 74103 |
| **Patrick Nicholas Silloway**<br>Balch & Bingham<br>30 Ivan Allen Jr. Blvd., NW<br>Suite 700<br>Atlanta, GA 30308 | **Walter Jones**<br>Balch & Bingham<br>30 Ivan Allen Jr. Blvd NW Suite 700<br>Atlanta, GA 30308 |
| **Mary Allie Elizabeth Boller**<br>Thomas R. Boller, PC<br>150 Government Street<br>Suite 1001<br>Mobile, AL 36602 | **Thomas R. Boller**<br>150 Government St., Ste. 1001<br>Mobile, AL 36602 |
| **Michael Mark Linder , Jr.**<br>The Atchison Firm<br>3030 Knollwood Drive<br>Mobile, AL 36693 | |

This 20th day of May, 2022.                    /s/ *Brian J. Malcom*
                                                                   OF COUNSEL

## **Exhibit A**

**HMP Invoices**



May 15, 2022
Invoice #3545
Bill Through 4/30/2022

**RE: Bama Oaks - Assisted Living (Gordon Oaks-AL)**

| Professional | Title | Hourly Rate[1] | Service Hours | Service Total | AL Allocation[3] | Expenses | Grand Total Fees |
|---|---|---|---|---|---|---|---|
| Derek Pierce | Managing Director | 575 | 0.00 | - | $ - | 427.99 | $ 427.99 |
| Zach Rowe | Managing Director | 525 | 0.50 | 262.50 | 183.75 | - | 183.75 |
| Jessica Scouten | Managing Director | 525 | 4.40 | 2,310.00 | 1,617.00 | - | 1,617.00 |
| Lauren Douglas | Senior Director | 475 | 3.00 | 1,425.00 | 997.50 | - | 997.50 |
| Tammy Cook | Senior Associate | 350 | 12.20 | 4,270.00 | 2,989.00 | - | 2,989.00 |
| Priscilla Smith | Associate | 250 | 0.10 | 25.00 | 17.50 | - | 17.50 |
| Austin Poff | Associate | 250 | 0.30 | 75.00 | 52.50 | - | 52.50 |
| Callum Hay | Intern | 175 | 0.90 | 157.50 | 110.25 | - | 110.25 |
| **Total** | | | **21.40** | **8,525.00** | **5,967.50** | **427.99** | **6,395.49** |

Amt. Exceeding Maximum Monthly Fee[2]                                                                                                     -

*Subtotal* [2]                                                                                                              $   6,395.49


**Total Amount Due:**                                                                                     $   6,395.49

Note 1: Travel time is billed at Half rate
Note 2: Fees are Capped at the greater of $7,000 per month or 5% of Net Revenues plus out-of-pocket expenses; reconciled adjustments will be billed on the following month's invoice
Note 3: 70% of time is allocated to Bama Oaks AL and 30% of time is allocated to Bama Oaks IL

**Please remit payment to the following address:**
Healthcare Management Partners, LLC
ATTN:  Lauren Douglas
1033 Demonbreun, Suite 300
Nashville, TN  37203

**Wiring Instructions:**
Bank Name: Wells Fargo
ABA Number: # 121000248
Account Name: Healthcare Management Partners, LLC
Account Number: #               7394

## Healthcare Management Partners, LLC
## Time Activities by Employee Detail
### Activity: April 2022

| Activity Date | Client | Memo/Description | Rates | Duration | Amount |
|---|---|---|---:|---:|---:|
| **Austin Poff** | | | | | |
| 04/29/2022 | Gordon Oaks - Receivership | Confer with J. Scouten (HMP) regarding appraisal, bond allocation | 250.00 | 0.3 | 75.00 |
| **Total for Austin Poff** | | | | **0.3** | **$   75.00** |
| **Jessica Scouten** | | | | | |
| 04/06/2022 | Gordon Oaks - Receivership | Discuss sales process and insurance renewal with D. Pierce (HMP) | 525.00 | 0.3 | 157.50 |
| 04/12/2022 | Gordon Oaks - Receivership | Update cash flow for inclusion with monthly operating report; correspond with insurance broker re information needed for renewal | 525.00 | 0.6 | 315.00 |
| 04/13/2022 | Gordon Oaks - Receivership | Update cash flow for inclusion with monthly operating report | 525.00 | 0.7 | 367.50 |
| 04/14/2022 | Gordon Oaks - Receivership | Update cash flow for inclusion with monthly operating report | 525.00 | 0.2 | 105.00 |
| 04/14/2022 | Gordon Oaks - Receivership | Update cash flow for inclusion with monthly operating report | 525.00 | 0.7 | 367.50 |
| 04/14/2022 | Gordon Oaks - Receivership | Update cash flow for inclusion with monthly operating report | 525.00 | 0.3 | 157.50 |
| 04/14/2022 | Gordon Oaks - Receivership | Update cash flow for inclusion with monthly operating report | 525.00 | 0.2 | 105.00 |
| 04/14/2022 | Gordon Oaks - Receivership | Update cash flow for inclusion with monthly operating report | 525.00 | 0.2 | 105.00 |
| 04/28/2022 | Gordon Oaks - Receivership | Correspond with D. Pierce (HMP) and R. Cochran (Waller) re [redacted] | 525.00 | 0.1 | 52.50 |
| 04/28/2022 | Gordon Oaks - Receivership | Call with D. Pierce (HMP), S. O'Conner (HMP), M. DiPietro (HMP) re insurance renewal | 525.00 | 0.2 | 105.00 |
| **Total for Jessica Scouten** | | | | **3.5** | **$ 1,837.50** |
| **Lauren R. Douglas** | | | | | |
| 04/11/2022 | Gordon Oaks - Receivership | Work on support for monthly operating report | 475.00 | 0.1 | 47.50 |
| 04/12/2022 | Gordon Oaks - Receivership | Work on support for monthly operating report | 475.00 | 0.1 | 47.50 |
| 04/12/2022 | Gordon Oaks - Receivership | Work on support for monthly operating report | 475.00 | 0.5 | 237.50 |
| **Total for Lauren R. Douglas** | | | | **0.7** | **$   332.50** |

# Healthcare Management Partners, LLC
## Time Activities by Employee Detail
### Activity: April 2022

| | Activity Date | Client | Product/Service | Memo/Description | Duration |
|---|---|---|---|---|---|
| **Callum Hay** | | | | | |
| | 04/13/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Input journal entries for petty cash account | 0.9 |
| **Total for Callum Hay** | | | | | **0.9** |
| **Jessica Scouten** | | | | | |
| | 04/06/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Gather information for insurance renewal | 0.7 |
| | 04/08/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Gather information for insurance renewal | 0.1 |
| | 04/10/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Correspond with J. Freeman re insurance renewal | 0.1 |
| **Total for Jessica Scouten** | | | | | **0.9** |
| **Lauren R. Douglas** | | | | | |
| | 04/01/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Update cash availability tracker | 0.1 |
| | 04/02/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Employee expense reimbursement inquiry | 0.1 |
| | 04/03/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Review and approve weekly invoices | 0.4 |
| | 04/05/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Update cash availability tracker; set up wire transfer to Ameris to cover ACH payments | 0.1 |
| | 04/08/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Spire inquiry | 0.1 |
| | 04/10/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | resident return check inquiry | 0.1 |
| | 04/11/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Update cash availability tracker | 0.1 |
| | 04/14/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Review and approve invoices; process payments | 0.6 |
| | 04/19/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Shiftkey inquiry; process payment | 0.1 |
| | 04/21/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Shiftkey inquiry per Jeanne; process payment | 0.1 |
| | 04/27/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | SeniorTV and Nethealth inquiry | 0.1 |
| | 04/29/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Complete ACH form for BCBS | 0.1 |
| | 04/29/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Update cash availability; shift key inquiry; review and approve weekly invoices | 0.3 |
| **Total for Lauren R. Douglas** | | | | | **2.3** |
| **Priscilla Smith** | | | | | |
| | 04/19/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Scan Alabama Power invoices sent via mail, send to ap inbox | 0.1 |
| **Total for Priscilla Smith** | | | | | **0.1** |
| **Tammy Cook** | | | | | |
| | 04/04/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | pulled weekly bank downloads and statements and emailed | 0.4 |
| | 04/06/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | respond to email concerning items being paid ach or check being issued | 0.5 |
| | 04/07/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Entering accounts payable into bill.com | 1.1 |
| | 04/07/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | enter accounts payable Intermedia into bill.com and send ach backup to bill.com for posting. | 0.1 |
| | 04/08/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Reconciliation with two bank accounts for March 2022. Along with bill.com and intacct systems | 6 |
| | 04/12/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | entering the weekly accounts payable into bill.com | 3.1 |
| | 04/13/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | petty cash reconciliation and forward to C.Hay for Je entry into intacct. | 1 |
| **Total for Tammy Cook** | | | | | **12.2** |
| **Zachary Rowe** | | | | | |
| | 04/06/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Payroll approval and review | 0.3 |
| | 04/20/2022 | HMP Senior Solutions LLC:Gordon Oaks - Management | Services | Review Payroll | 0.2 |
| **Total for Zachary Rowe** | | | | | **0.5** |

**Expenses**

| Professional | Hotel | Airfare | Meals | Mileage | Other Trans | Other | 3rd Party Consulting | Total |
|---|---|---|---|---|---|---|---|---|
| Derek Pierce | $ - | $ - | $ - | $ - | $ - | $ 611.41 | $ - | $ 611.41 |
| Zach Rowe | - | - | - | - | - | - | - | - |
| Jessica Scouten | - | - | - | - | - | - | - | - |
| Lauren Douglas | - | - | - | - | - | - | - | - |
| Tammy Cook | - | - | - | - | - | - | - | - |
| Kyle Thigpen | - | - | - | - | - | - | - | - |
| Akeem Ogle | - | - | - | - | - | - | - | - |
| Total | $ - | $ - | $ - | $ - | $ - | $ 611 | $ - | 611 |
| | | | | | | | **Total** | **$ 611.41** |

[1]Expenses shown here may include expenses incurred in earlier periods and not previously invoiced and expenses for the current period not invoiced here may be included in future invoices.

## Healthcare Management Partners, LLC
**March, 2022**

| | Date | Memo/Description | Amount |
|---|---|---|---|
| **Gordon Oaks** | 04/06/2022 | SAGE SOFTWARE IRVINE CA - monthly Sage fee | 195.52 |
| | 04/06/2022 | SAGE SOFTWARE IRVINE CA - sage | 195.68 |
| | 4/6/2022 | Bill.com | 102.30 |
| | 4/25/2022 | Bill.com | 117.91 |
| **Total for Gordon Oaks** | | | **$ 611.41** |



HMP Metrics, LLC.
HMPMetrics.com
Info@HMPMetrics.com
727 222-1245

1033 Demonbreun Street
Suite 300
Nashville, TN

**Invoice Issued To**
Gordon Oaks
0017
3145 Knollwood Dr
Mobile, AL 36693

| | |
|---|---:|
| Invoice Number | RHMP0299 |
| Invoice Date | 04/01/2022 |
| Due Date | 04/30/2022 |
| Balance Due | $743.90 |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| Help Desk | Pass-Through Cost of Pax8 Help Desk. | $15.00 | 14 | $210.00 |
| Microsoft 365 Licenses | Pass-Through Charges for Microsoft 365 License Cost. | $3.85 | 14 | $53.90 |
| HMP Facility IT Services | HMP Facility Level 2 Support | $20.00 | 14 | $280.00 |
| HMP Web Services | HMP Metrics Website Hosting, Website Management, and Web Marketing. | $200.00 | 1 | $200.00 |

**Payment Options**
Please remit payment to the following address:
Healthcare Management Partners, LLC
c/o Lauren Douglas
1033 Demonbreun Street, Suite 300
Nashville, TN 37203

Wiring Instructions:
Bank Name: Wells Fargo
ABA Number: # 121000248
Account Name: Healthcare Management Partners, LLC
Account Number: # ▮▮▮▮▮▮▮7394

Subtotal   $743.90

**Balance Due**   **$743.90**