**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BOKF, N.A., as indenture trustee,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BAMA OAKS RETIREMENT, LLC; SAINT SIMONS HEALTH CARE, LLC; and THE MEDICAL CLINIC BOARD OF THE CITY OF MOBILE (SECOND),**<br><br>**Defendants.** | **Case No. 21-00028-KD-B** |

**WALLER LANSDEN DORTCH & DAVIS, LLP'S MOTION TO APPROVE COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED AS COUNSEL TO RECEIVER APRIL 1, 2022 THROUGH APRIL 30, 2022 (ASSISTED LIVING FACILITY)**

Waller Lansden Dortch & Davis, LLP ("***Waller***"), counsel to the court-appointed receiver (the "***Receiver***") in the above-captioned civil action, submits this motion to approve compensation for services rendered and reimbursement of costs and expenses incurred (the "***Fee Application***") April 1, 2022 through April 30, 2022 (the "***Application Period***") as counsel to the Receiver and, in support of the Fee Application, Waller respectfully states as follows:

## BACKGROUND

1. On April 13, 2021 (the "***Appointment Date***"), this Court entered the *Order Appointing Receiver* (Dkt. No. 42) (the "***Receiver Order***"),[1] appointing the Receiver to administer and control the Facility.

2. Since accepting the appointment pursuant to the Receiver Order, the Receiver has exercised his full power and authority to control, manage, administer, operate, and protect the

[1] Capitalized terms used in this Application and not otherwise defined shall have the meanings ascribed to them in the Receiver Order.

Receivership Estate, as laid out in the Receiver Order. The Receiver has operated and administered the Receivership Estate in an economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors.

3. Paragraph (8), subsection (xxiv) of the Receiver Order allows HMP to employ counsel to assist it in its role as Receiver. This Court approved the Receiver's retention of Waller to represent it as its general counsel in this matter. (Receiver Order ¶ 19.)

4. Paragraph (36) of the Receiver Order provides that the Receiver shall file applications for payment of the Receiver's and Receiver Affiliates fees and expenses on the twentieth (20) of each calendar month. Additionally, paragraph (36) of the Receiver Order further provides that unless a party files a written objection to the application for payment within thirty (30) calendar days of the filing of application for payment, the application shall be deemed approved and the Receiver is authorized to pay the fees and expenses of the Receiver and Receiver Affiliates as necessary expenses of operation of the Facility without further order of the Court.

5. Pursuant to the Receiver Order, fees and expenses payable to Receiver Affiliates shall be treated as priority administrative claims against the Receivership Estate, and payment of such amounts in accordance with the Receiver Order take priority over payment of any claims arising prior to the date on which the Receiver is appointed (including, but not limited to, claims of the Trustee with respect to the Bonds).

6. The professional services provided by Waller are necessary to enable the Receiver to perform and exercise faithfully and confidently the Receiver's powers, duties, and responsibilities under the Receiver Order.

7. Waller charges the Receiver for its legal services at the hourly rates in effect as of January 1, 2022, for matters of this type, and for reimbursement of all reasonable costs and expenses incurred in connection with its representation of the Receiver in all matters concerning the above-captioned proceedings.

8. Waller maintains computerized time records of the time spent by all Waller professionals and paraprofessionals in connection with its representation of the Receiver.

9. Waller's computerized time records reflect the category of the services provided, the date services were performed, the name of the professionals and paraprofessionals who rendered the services, a description of the services provided, the amount of time expended, and the cost of such services.

10. As set forth in greater detail below, Waller's activities on behalf of the Receiver in relation to the above-captioned proceedings were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order.

11. Attached as **Exhibit A** to this application are computerized time records reflecting the services provided by Waller during the Application Period.

12. The services set forth in **Exhibit A** represent services provided by Waller to the Receiver in connection with this receivership and the concurrently pending, related receivership of Bama Oaks Retirement, LLC's independent living facility in case number 21-00029-KD-B pending in this Court (the "***Independent Living Facility Receivership***").

**DESCRIPTION OF SERVICES AND EXPENSES FOR THE APPLICATION PERIOD**

13. During the Application Period, Waller spent **39.8** hours providing services to the Receiver to assist the Receiver in fulfilling his duties and obligation under the Receiver Order, resulting in **$19,838.50** in fees and **$0.00** in expenses.

14. The services rendered by Waller during the Application Period were performed by Waller professionals as follows:

| Professional | Hourly Rate | Hours | Fees |
|---|---|---|---|
| Ryan K. Cochran | $575 | 6.9 | $3,967.50 |
| Brian J. Malcom | $490 | 22.3 | $10,927.00 |
| John J. Park | $520 | 4.9 | $2,548.00 |
| Blake D. Roth | $520 | 2.5 | $1,300.00 |
| Paul H. Greenwood | $505 | 0.1 | $50.50 |
| Kendria S. Lewis | $345 | 2.3 | $793.50 |
| Jeanette L. Ramer | $315 | 0.8 | $252.00 |
| **TOTAL** | | **39.8** | **$19,838.50** |

15. In addition, during the Application Period, Waller did not incur any expenses.

**TERMS AND CONDITIONS OF COMPENSATION**

16. Subject to this Court's approval, Waller seeks payment on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Waller during the Application Period.

17. The rates charged by Waller in this case are the same rates charged by Waller with regard to other matters of this type.

18. The Receiver has determined that a reasonable allocation of administrative expenses between the Facility and the facility in the Independent Living Facility Receivership is Seventy Percent (70%) to the Facility and Thirty Percent (30%) to the facility in the Independent Living Facility Receivership, based upon a percentage of revenue for each. Accordingly, because of the concurrent representation of the Receiver in this receivership and the Independent Living Facility Receivership, Waller is seeking compensation of only Seventy Percent (70%) of the fees

and expenses from this Receivership Estate, while seeking compensation of the remaining Thirty Percent (30%) of the fees and expenses from the Independent Living Facility Receivership's estate.

19. Accordingly, by this Fee Application, Waller seeks entry of an order granting approval, and directing payment, without further order of this Court, at such times as the Receiver determines in his absolute discretion that the funds are available, of (a) compensation in the amount of **$13,886.95** for professional services rendered in aid of the Receiver during the Application Period as counsel to the Receiver and (b) reimbursement of actual and necessary out of pocket disbursements and charges in the amount of **$0.00** incurred in the rendering of such professional services on behalf of the Receiver during the Application Period.

20. Other than Waller's partnership agreement, there are no agreements or understandings between Waller and any other person for the sharing of compensation to be received for services rendered as counsel to the Receiver during the above-captioned proceedings.

21. All services for which compensation is requested and expenses for which reimbursement is requested are reasonable, necessary, and were performed for and on behalf of the Receiver during the Application Period.

22. The fees and expenses incurred during the Application Period were incurred in the best interests of all parties to the above-captioned proceedings.

23. Waller has no interests adverse to the Receiver that would inhibit Waller from acting as counsel to the Receiver or performing any legal services for the Receiver as necessary for the performance of its duties under the Receiver Order.

WHEREFORE, the Waller respectfully requests that this Court enter an order approving this Fee Application and granting such other and further relief as this Court deems just and proper.

Dated: May 20, 2022

Respectfully submitted,

*/s/ Brian J. Malcom*

Brian J. Malcom
WALLER LANSDEN
DORTCH & DAVIS, LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-7342
Brian.Malcom@wallerlaw.com

- and -

Ryan K. Cochran
Alabama Bar No. 1748N70C
WALLER LANSDEN
DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 850-8778
Fax: (615) 244-6304
ryan.cochran@wallerlaw.com

*Attorneys for the Receiver, Derek Pierce of Healthcare Management Partners, LLC*

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic noticing system on the date set forth below on the following:

**W. Joseph McCorkle , Jr.**
Balch & Bingham
P. O. Box 78
Montgomery, AL 36101

**Frederic Dorwart**
Frederic Dorwart Lawyers
Suite 100
124 E. Fourth Street
Tulsa, OK 74103

**James A. Higgins**
Frederic Dorwart, Lawyers PLLC
124 E. 4th Street
Tulsa, OK 74103

**Nora R. O'Neill**
Frederic Dorwart, Lawyers PLLC
124 East Fourth Street
Tulsa, OK 74103

**Patrick Nicholas Silloway**
Balch & Bingham
30 Ivan Allen Jr. Blvd., NW
Suite 700
Atlanta, GA 30308

**Walter Jones**
Balch & Bingham
30 Ivan Allen Jr. Blvd NW Suite 700
Atlanta, GA 30308

**Mary Allie Elizabeth Boller**
Thomas R. Boller, PC
150 Government Street
Suite 1001
Mobile, AL 36602

**Thomas R. Boller**
150 Government St., Ste. 1001
Mobile, AL 36602

**Michael Mark Linder , Jr.**
The Atchison Firm
3030 Knollwood Drive
Mobile, AL 36693

This 20th day of May, 2022.

*/s/ Brian J. Malcom*
OF COUNSEL

4883-1224-5280.1

# Exhibit A

## Waller Invoices

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**NASHVILLE CITY CENTER**
**511 UNION STREET, SUITE 2700**
**POST OFFICE BOX 198966**
**NASHVILLE, TENNESSEE 37219-8966**
**615-244-6380**
FEDERAL ID NO. 62-0479474

Healthcare Management Partners
Derek Pierce
Via Email:
dpierce@HCMPLLC.com

May 17, 2022
Invoice 10855172
Page 1
Bill Through 04/30/22
Billing Atty: R. Cochran

Our Matter # 021401.07202

Bama Oaks Receivership

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/20/22 | Draft/revise Receiver's Deed, Assignment of Intangible Property, Assignment of Leases and Contracts, Closing Certificates, Proration Agreement<br>B110 | Lewis, Kendria S | 0.80 hrs. | $ 276.00 |
| 04/22/22 | Prepare receiver quit claim deeds<br>B110 | Lewis, Kendria S | 0.60 hrs. | $ 207.00 |
| | Code Total: | | 1.40 hrs. | $483.00 |
| 04/01/22 | Work on response to title Stalking Horse Bidder's objection letter<br>B130 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 04/05/22 | Work on obtaining documents requested by MED re: licensure application<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/06/22 | Call with B. Guy (Stalking Horse Purchaser Counsel) re: zoning and survey objections and negotiate extension of title review deadlines<br>B130 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 04/06/22 | Work on zoning issue<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/06/22 | Review buyer's title objection<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/06/22 | Confer with brokers re: bidders<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/08/22 | Review and revise NDA for prospective bidder<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/08/22 | Work on buyer's licensure requests<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/12/22 | Review charge of discrimination and communications with client on notice to insurance broker<br>B130 | Park, John J | 0.20 hrs. | $ 104.00 |
| 04/13/22 | Provide information to prospective bidder<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/13/22 | Respond to MED's second set of title objections<br>B130 | Cochran, Ryan K | 0.40 hrs. | $ 230.00 |
| 04/18/22 | Respond to MED counsel re: title objection issues<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/19/22 | Call with prospective stalking horse and Healthcare Management Partners<br>B130 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 04/19/22 | Attention to communications on EEOC charge and EPLI coverage for same<br>B130 | Park, John J | 0.20 hrs. | $ 104.00 |
| 04/22/22 | Negotiations with E. Keyser (Stalking Horse Purchaser) re: title issues and deed conveyances<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/22/22 | Work on conveyance deeds<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/27/22 | Work on conveyance deeds to address MED title objection<br>B130 | Cochran, Ryan K | 1.00 hrs. | $ 575.00 |
| 04/27/22 | Work on CHOW applications for MED<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/27/22 | Call with B. Guy (MED counsel) re: auction and sale process<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/28/22 | Call with G. Riso (Blueprint) re: potential bidders<br>B130 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 04/28/22 | Work on conveyance deeds<br>B130 | Cochran, Ryan K | 0.60 hrs. | $ 345.00 |
| | Code Total: | | 5.00 hrs. | $2,853.00 |
| 04/28/22 | Confer with D. Pierce re: [redacted]<br>B210 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 04/29/22 | Discuss [redacted] with D. Pierce and J. Scouten<br>B210 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/29/22 | Confer with W. Jones and J. Higgins (Trustee) re: cash flow and | | | |

| Date | Description / Code | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | operations<br>B210 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| | Code Total: | | 0.80 hrs. | $460.00 |
| 04/13/22 | Review Franklin EEOC charge<br>C300 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/21/22 | Analyze potential legal issues with the quitclaim deeds requested of the receiver for the properties and circulate proposed Alabama quitclaim deed for review by R. Cochran<br>C300 | Greenwood, Paul H | 0.10 hrs. | $ 50.50 |
| 04/26/22 | Confer with Healthcare Management Partners and insurance broker re EEOC claim<br>C300 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 04/26/22 | Discuss [redacted] with J. Park and D. Pierce<br>C300 | Cochran, Ryan K | 0.40 hrs. | $ 230.00 |
| 04/26/22 | Communications on response to EEOC charge<br>C300 | Park, John J | 0.60 hrs. | $ 312.00 |
| 04/28/22 | Call with J. Freeman on Franklin EEOC charge, notes and prepare position statement on same<br>C300 | Park, John J | 1.80 hrs. | $ 936.00 |
| 04/29/22 | Work on [redacted] with D. Pierce and J. Scouten<br>C300 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 04/29/22 | Draft position statement for A[redacted] F[redacted] EEOC claim<br>C300 | Park, John J | 2.10 hrs. | $ 1,092.00 |
| | Code Total: | | 5.80 hrs. | $3,080.50 |
| 04/06/22 | Correspondence with counsel for Burgett in Burgett action re: stay of collection efforts against the Receivership Estate<br>L190 | Malcom, Brian J. | 0.70 hrs. | $ 343.00 |
| 04/06/22 | Review and analyze receivership orders re: injunction against Burgett collection activity<br>L190 | Malcom, Brian J. | 0.10 hrs. | $ 49.00 |
| 04/18/22 | Review and analyze LabCorp claims and exposure to facility and review record for support for injunction against LabCorp<br>L190 | Malcom, Brian J. | 2.60 hrs. | $ 1,274.00 |
| 04/18/22 | Draft and revise letter to LabCorp counsel re: Receivership Order, injunctions, and proposal to stay the LabCorp action against the Facility<br>L190 | Malcom, Brian J. | 1.70 hrs. | $ 833.00 |
| 04/21/22 | Draft and revise motion to stay LabCorp action<br>L190 | Malcom, Brian J. | 2.10 hrs. | $ 1,029.00 |
| 04/22/22 | Draft and revise motion to stay LabCorp action and agreed order<br>L190 | Malcom, Brian J. | 2.40 hrs. | $ 1,176.00 |

| | | | | |
|---|---|---|---|---|
| 04/29/22 | Communications with Burgett counsel re: motion to enforce injunctions in receivership order<br>L190 | Malcom, Brian J. | 0.60 hrs. | $ 294.00 |
| | Code Total: | | 10.20 hrs. | $4,998.00 |
| 04/11/22 | Work on monthly operating report and fee application<br>L250 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/11/22 | Communicate with L. Douglas and J. Scouten re: [redacted]<br>L250 | Roth, Blake D | 0.10 hrs. | $ 52.00 |
| 04/14/22 | Draft and revise motion for agreed order modifying the injunction for the Burgett action<br>L250 | Malcom, Brian J. | 2.10 hrs. | $ 1,029.00 |
| 04/15/22 | Draft and revise motion to modify the injunction for the Burgett action<br>L250 | Malcom, Brian J. | 1.80 hrs. | $ 882.00 |
| 04/18/22 | Draft Receiver's fee applications<br>L250 | Roth, Blake D | 0.40 hrs. | $ 208.00 |
| 04/18/22 | Draft Waller fee applications<br>L250 | Roth, Blake D | 0.40 hrs. | $ 208.00 |
| 04/18/22 | Draft independent living facility monthly operating report<br>L250 | Roth, Blake D | 0.40 hrs. | $ 208.00 |
| 04/18/22 | Draft assisted living facility monthly operating report<br>L250 | Roth, Blake D | 0.40 hrs. | $ 208.00 |
| 04/19/22 | Work on monthly operating report and fee applications<br>L250 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/19/22 | Draft and revise monthly operating reports and fee motions<br>L250 | Malcom, Brian J. | 1.00 hrs. | $ 490.00 |
| 04/20/22 | Draft and revise monthly operating reports and fee motions for facilities for filing with court<br>L250 | Malcom, Brian J. | 0.60 hrs. | $ 294.00 |
| 04/26/22 | Draft and revise motion to enforce receivership order<br>L250 | Malcom, Brian J. | 1.60 hrs. | $ 784.00 |
| 04/27/22 | Work on motion to allocate proceeds of sale amongst issuances<br>L250 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 04/27/22 | Draft and revise motion to enforce injunctions<br>L250 | Malcom, Brian J. | 2.30 hrs. | $ 1,127.00 |
| 04/27/22 | Work on Motion Approving Final Distributions and Discharge<br>L250 | Roth, Blake D | 0.30 hrs. | $ 156.00 |
| 04/28/22 | Draft and revise motion to enforce injunctions in Receivership Order re: Burgett action<br>L250 | Malcom, Brian J. | 2.70 hrs. | $ 1,323.00 |
| 04/28/22 | Work on motion to approve final accounting and discharge | | | |

| | | | | |
|---|---|---|---|---|
| | L250 | Roth, Blake D | 0.50 hrs. | $ 260.00 |
| | Code Total: | | 14.90 hrs. | $7,401.50 |
| 04/25/22 | Research proration issue for court filing re: sale<br>P100 | Lewis, Kendria S | 0.90 hrs. | $ 310.50 |
| | Code Total: | | 0.90 hrs. | $310.50 |
| 04/06/22 | Review response to seller's title objection response<br>P400 | Ramer, Jeanette L. | 0.30 hrs. | $ 94.50 |
| | Code Total: | | 0.30 hrs. | $94.50 |
| 04/14/22 | Review matters regarding Roll back applications and property matters<br>P500 | Ramer, Jeanette L. | 0.30 hrs. | $ 94.50 |
| 04/20/22 | Review Receiver's Deed<br>P500 | Ramer, Jeanette L. | 0.10 hrs. | $ 31.50 |
| 04/21/22 | Telephone conference with R. Cochran re: [redacted]<br>P500 | Ramer, Jeanette L. | 0.10 hrs. | $ 31.50 |
| | Code Total: | | 0.50 hrs. | $157.50 |

Total Fees for Professional Services .......................................................... $ 19,838.50

**Summary of Fees**

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Cochran, Ryan K | 575.00 | 6.90 | $ 3,967.50 |
| Malcom, Brian J. | 490.00 | 22.30 | $ 10,927.00 |
| Park, John J | 520.00 | 4.90 | $ 2,548.00 |
| Roth, Blake D | 520.00 | 2.50 | $ 1,300.00 |
| Greenwood, Paul H | 505.00 | 0.10 | $ 50.50 |
| Lewis, Kendria S | 345.00 | 2.30 | $ 793.50 |
| Ramer, Jeanette L. | 315.00 | 0.80 | $ 252.00 |
| TOTAL | | 39.80 | $ 19,838.50 |

Total Fees and Disbursements on This Invoice $ 19,838.50

PLEASE REMIT TOTAL AMOUNT DUE $ 19,838.50