IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOKF, N.A., as indenture trustee,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BAMA OAKS RETIREMENT, LLC;**<br>**SAINT SIMONS HEALTH CARE, LLC;**<br>**and THE MEDICAL CLINIC BOARD OF**<br>**THE CITY OF MOBILE (SECOND),**<br><br>**Defendants.** | Case No. 21-00028-KD-B |

**RECEIVER'S MOTION TO APPROVE COMPENSATION
FOR SERVICES RENDERED AND EXPENSES INCURRED FOR
THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**
(ASSISTED LIVING FACILITY)

Derek Pierce, managing partner of Healthcare Management Partners, LLC ("**HMP**"), as the court-appointed receiver (the "**Receiver**") in the above-captioned action, submits this motion (the "**Fee Application**") for compensation for services rendered and reimbursement of costs and expenses incurred May 1, 2022 through May 31, 2022 (the "**Application Period**") and, in support of this application, respectfully states as follows:

### BACKGROUND

1. On April 13, 2021 (the "**Appointment Date**"), this Court entered the *Order Appointing Receiver* (Dkt. No. 42) (the "**Receiver Order**"),[1] appointing the Receiver to administer and control the Facility.

2. Since accepting the appointment pursuant to the Receiver Order, the Receiver has exercised his full power and authority to control, manage, administer, operate, and protect the

---

[1] Capitalized terms used in this Application and not otherwise defined shall have the meanings ascribed to them in the Receiver Order.

Receivership Estate, as laid out in the Receiver Order. The Receiver has operated and administered the Receivership Estate in an economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors.

3. Paragraph (8), subsection (xxx) of the Receiver Order allows the Receiver to pay itself such fees (and reimburse such expenses) as are payable in accordance with the terms of the Receiver Order, absent any contrary order of this Court.

4. Paragraph (36) of the Receiver Order provides that the Receiver shall file applications for payment of the Receiver's and Receiver Affiliates fees and expenses on the twentieth (20) of each calendar month. Additionally, paragraph (36) of the Receiver Order further provides that unless a party files a written objection to the application for payment within thirty (30) calendar days of the filing of application for payment, the application shall be deemed approved and the Receiver is authorized to pay the fees and expenses of the Receiver and Receiver Affiliates as necessary expenses of operation of the Facility without further order of the Court.

5. Paragraph (37) of the Receiver Order provides the Receiver shall receive from the Receivership Estate the greater of Seven Thousand Dollars ($7,000) per month or five percent (5%) of Net Revenues (as defined in the Receiver Order).

6. Paragraph (38) of the Receiver Order further provides the Receivership Estate shall reimburse the Receiver's reasonable out-of-pocket expenses.

7. Fees and expenses payable to the Receiver shall be treated as priority administrative claims against the Receivership Estate, and payment of such amounts in accordance with the Receiver Order take priority over payment of any claims arising prior to the

date on which the Receiver is appointed (including, but not limited to, claims of the Trustee with respect to the Bonds).

8. As set forth in greater detail below, the Receiver's activities during the Application Period were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order.

9. As of the date of this Fee Application, the Facility's books were not closed for the Application Period.

10. Accordingly, the Receiver is only seeking approval of fees in the amount of **$7,000.00**.

11. The Receiver reserves the right to seek payment of additional fees, based upon Net Revenues for the Application Period.

### DESCRIPTION OF SERVICES AND EXPENSES FOR THE APPLICATION PERIOD

12. During the Application Period, the Receiver and HMP spent **58.5** hours fulfilling his duties and obligations under the Receiver Order.

13. Additionally, the Receiver utilized the following members of HMP when necessary, appropriate and reasonable in the interest of economy, as provided for in Paragraph (EE) of the Receiver Order:

| Professional | Hours |
|---|---|
| Derek, Pierce, Managing Director | 2.4 |
| Zach Rowe, Managing Director | 8.3 |
| Jessica Scouten, Managing Director | 13.9 |
| Lauren Douglas, Senior Director | 11.7 |
| Tammy Cook, Senior Associate | 12.8 |

| | |
|---|---|
| Priscilla Smith, Associate | 8.4 |
| Callum Hay, Intern | 1.0 |
| **TOTAL** | **58.5** |

14.     The Receiver also utilized an affiliate, HMP Metrics, LLC, to provide services in the amount of **$743.90**, in connection with certain technology and management services.

15.     In addition, during the Application Period, Receiver and HMP incurred actual, necessary expenses in the amount of **$935.14** in connection with software expenses.

16.     Attached as **Exhibit A** to this application are a detailed accounting of the services provided by the Receiver and expenses incurred by the Receiver during the Application Period.

## TERMS AND CONDITIONS OF COMPENSATION

17.     By this Fee Application, the Receiver seeks entry of an order granting approval, and directing payment, without further order of this Court, at such times as the Receiver determines in his absolute discretion that the funds are available, of (a) compensation in the amount of **$7,000.00** for professional services rendered in performing the Receiver's duties and obligations under the Receiver Order during the Application Period (with the right to seek approval of further or additional fees, upon closing of the Facility's books for the Application Period) and (b) reimbursement of actual and necessary out of pocket disbursements and charges in the amount of **$935.14** incurred in performing his duties and obligations under the Receiver Order during the Application Period.

18.     Other than HMP's operating agreement, there are no agreements or understandings between the Receiver and any other person for the sharing of compensation to be received for services rendered as Receiver during the above-captioned proceedings.

19. All services for which compensation is requested and expenses for which reimbursement is requested are reasonable, necessary, and were performed for and on behalf of the Receiver Estate during the Application Period.

20. The fees and expenses incurred during the Application Period were incurred in the best interests of all parties to the above-captioned proceedings.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Receiver respectfully requests that this Court enter an order approving this Fee Application and granting such other and further relief as this Court deems just and proper.

Dated: June 21, 2022

Respectfully submitted,

  /s/ Brian J. Malcom
Brian J. Malcom
WALLER LANSDEN
DORTCH & DAVIS, LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-7342
Brian.Malcom@wallerlaw.com

- and -

Ryan K. Cochran
Alabama Bar No. 1748N70C
WALLER LANSDEN
DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel:  (615) 850-8778
Fax:  (615) 244-6304
ryan.cochran@wallerlaw.com

*Attorneys for the Receiver, Derek Pierce of Healthcare Management Partners, LLC*

## CERTIFICATE OF SERVICE

    I, the undersigned, declare that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic noticing system on the date set forth below on the following:

**W. Joseph McCorkle , Jr.**
Balch & Bingham
P. O. Box 78
Montgomery, AL 36101

**Frederic Dorwart**
Frederic Dorwart Lawyers
Suite 100
124 E. Fourth Street
Tulsa, OK 74103

**James A. Higgins**
Frederic Dorwart, Lawyers PLLC
124 E. 4th Street
Tulsa, OK 74103

**Nora R. O'Neill**
Frederic Dorwart, Lawyers PLLC
124 East Fourth Street
Tulsa, OK 74103

**Patrick Nicholas Silloway**
Balch & Bingham
30 Ivan Allen Jr. Blvd., NW
Suite 700
Atlanta, GA 30308

**Walter Jones**
Balch & Bingham
30 Ivan Allen Jr. Blvd NW Suite 700
Atlanta, GA 30308

**Mary Allie Elizabeth Boller**
Thomas R. Boller, PC
150 Government Street
Suite 1001
Mobile, AL 36602

**Thomas R. Boller**
150 Government St., Ste. 1001
Mobile, AL 36602

**Michael Mark Linder , Jr.**
The Atchison Firm
3030 Knollwood Drive
Mobile, AL 36693

This 21st day of June, 2022.

                                               */s/ Brian J. Malcom*
                                               OF COUNSEL

**Exhibit A**

**HMP Invoices**

**Healthcare Management Partners**
Listen • Evaluate • Implement

June 12, 2022
Invoice #3584
Bill Through 5/31/2022

**RE: Bama Oaks - Assisted Living (Gordon Oaks-AL)**

| Professional | Title | Hourly Rate[1] | Service Hours | Service Total | AL Allocation[3] | Expenses | Grand Total Fees |
|---|---|---|---|---|---|---|---|
| Derek Pierce | Managing Director | 575 | 2.40 | 1,380.00 | $ 966.00 | 935.14 | $ 1,901.14 |
| Zach Rowe | Managing Director | 525 | 8.30 | 4,357.50 | 3,050.25 | - | 3,050.25 |
| Jessica Scouten | Managing Director | 525 | 13.90 | 7,297.50 | 5,108.25 | - | 5,108.25 |
| Lauren Douglas | Senior Director | 475 | 11.70 | 5,557.50 | 3,890.25 | - | 3,890.25 |
| Tammy Cook | Senior Associate | 350 | 12.80 | 4,480.00 | 3,136.00 | - | 3,136.00 |
| Priscilla Smith | Associate | 250 | 8.40 | 2,100.00 | 1,470.00 | - | 1,470.00 |
| Callum Hay | Intern | 175 | 1.00 | 175.00 | 122.50 | - | 122.50 |
| **Total** | | | 58.50 | 25,347.50 | 17,743.25 | 935.14 | 18,678.39 |

Amt. Exceeding Maximum Monthly Fee[2]                                                                 (10,743.25)

Subtotal [2]                                                                                              $ 7,935.14

                                                                                    **Total Amount Due:**   $ 7,935.14

Note 1: Travel time is billed at Half rate
Note 2: Fees are Capped at the greater of $7,000 per month or 5% of Net Revenues plus out-of-pocket
expenses; reconciled adjustments will be billed on the following month's invoice
Note 3: 70% of time is allocated to Bama Oaks AL and 30% of time is allocated to Bama Oaks IL

**Please remit payment to the following address:**
Healthcare Management Partners, LLC
ATTN: Lauren Douglas
1033 Demonbreun, Suite 300
Nashville, TN  37203

**Wiring Instructions:**
Bank Name: Wells Fargo
ABA Number: # 121000248
Account Name: Healthcare Management Partners, LLC
Account Number: #           7394

## Healthcare Management Partners, LLC
## Time Activities by Employee Detail
### Activity May 2022

| | Activity Date | Client | Memo/Description | Rates | Duration | Amount |
|---|---|---|---|---|---|---|
| **Callum Hay** | | | | | | |
| | 05/11/2022 | Gordon Oaks - Receivership | Work on support for monthly operating report | 175.00 | 0.6 | 105.00 |
| **Total for Callum Hay** | | | | | 0.6 | $ 105.00 |
| **Derek Pierce** | | | | | | |
| | 05/06/2022 | Gordon Oaks - Receivership | notarize, scan and email CHOW information to seller's Fas | 575.00 | 0.2 | 115.00 |
| | 05/09/2022 | Gordon Oaks - Receivership | work on Cares 2 funding appeal | 575.00 | 1.5 | 862.50 |
| | 05/18/2022 | Gordon Oaks - Receivership | call with Jeanne, Jessica & Mary re: staffing needs at Gordon Oaks | 575.00 | 0.7 | 402.50 |
| **Total for Derek Pierce** | | | | | 2.4 | $ 1,380.00 |
| **Jessica Scouten** | | | | | | |
| | 05/02/2022 | Gordon Oaks - Receivership | Update cash flow and compute funding need | 525.00 | 0.2 | 105.00 |
| | 05/04/2022 | Gordon Oaks - Receivership | Update cash flow and compute funding need | 525.00 | 0.6 | 315.00 |
| | 05/05/2022 | Gordon Oaks - Receivership | Prepare cash flow projections | 525.00 | 0.6 | 315.00 |
| | 05/05/2022 | Gordon Oaks - Receivership | Prepare cash flow projections | 525.00 | 1.5 | 787.50 |
| | 05/05/2022 | Gordon Oaks - Receivership | Prepare cash flow projections | 525.00 | 1.8 | 945.00 |
| | 05/06/2022 | Gordon Oaks - Receivership | Call with J. Freeman (Knollwood) re deposit of patient rents | 525.00 | 0.1 | 52.50 |
| | 05/06/2022 | Gordon Oaks - Receivership | Prepare cash flow projections | 525.00 | 0.1 | 52.50 |
| | 05/06/2022 | Gordon Oaks - Receivership | Prepare cash flow projections | 525.00 | 2 | 1,050.00 |
| | 05/09/2022 | Gordon Oaks - Receivership | Update weekly cash flow | 525.00 | 0.2 | 105.00 |
| | 05/09/2022 | Gordon Oaks - Receivership | Update weekly cash flow | 525.00 | 0.6 | 315.00 |
| | 05/09/2022 | Gordon Oaks - Receivership | Prepare cash flow projections | 525.00 | 2.2 | 1,155.00 |
| | 05/16/2022 | Gordon Oaks - Receivership | Update cash flow for inclusion in the monthly operating report | 525.00 | 0.8 | 420.00 |
| | 05/16/2022 | Gordon Oaks - Receivership | Update cash flow for inclusion in the monthly operating report | 525.00 | 1.7 | 892.50 |
| | 05/24/2022 | Gordon Oaks - Receivership | Update cash flow and projections | 525.00 | 0.3 | 157.50 |
| | 05/24/2022 | Gordon Oaks - Receivership | Update cash flow and projections | 525.00 | 0.4 | 210.00 |
| | 05/24/2022 | Gordon Oaks - Receivership | Update cash flow and projections | 525.00 | 0.8 | 420.00 |
| **Total for Jessica Scouten** | | | | | 13.9 | $ 7,297.50 |
| **Lauren R. Douglas** | | | | | | |
| | 05/11/2022 | Gordon Oaks - Receivership | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ per R. Cochran (Waller) request prior to hearing | 475.00 | 0.6 | 285.00 |
| | 05/15/2022 | Gordon Oaks - Receivership | Work on support for monthly operating report | 475.00 | 0.6 | 285.00 |
| | 05/15/2022 | Gordon Oaks - Receivership | Work on support for monthly operating report | 475.00 | 0.1 | 47.50 |
| | 05/16/2022 | Gordon Oaks - Receivership | Overdraft fee inquiry for cash flow | 475.00 | 0.1 | 47.50 |
| **Total for Lauren R. Douglas** | | | | | 1.4 | $ 665.00 |

**Healthcare Management Partners, LLC**
**Time Activities by Employee Detail**
Activity: May 2022

| | Activity Date | Client | Memo/Description | Duration |
|---|---|---|---|---|
| **Callum Hay** | | | | |
| | 05/10/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Check Petty Cash Log | 0.2 |
| | 05/23/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Invoice expense entry | 0.2 |
| **Total for Callum Hay** | | | | **0.4** |
| **Lauren R. Douglas** | | | | |
| | 05/03/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Review and approve invoices; bill.com to intacct recon | 0.5 |
| | 05/03/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Alabama Power account inquiry; coordinate with J. Freeman re same | 0.1 |
| | 05/03/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Approve additional invoices; cooks pest control inquiry; bill.com to intacct recon | 0.4 |
| | 05/05/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Update cash projections | 0.4 |
| | 05/09/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Care Patrol returned check inquiry | 0.1 |
| | 05/10/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Review shiftkey invoice | 0.1 |
| | 05/11/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Review and approve invoices; process payments | 0.6 |
| | 05/13/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Update cash availability tracker | 0.1 |
| | 05/16/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Comcast inquiry | 0.1 |
| | 05/16/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | contract labor inquiry | 0.1 |
| | 05/16/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Update cash availability tracker | 0.1 |
| | 05/17/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | review and approve invoices; process payments; update cash availability | 0.8 |
| | 05/23/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Approve prior week invoices; update cash availability for funding discussion | 0.7 |
| | 05/23/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Alabama Power inquiry; approve additional invoices | 0.3 |
| | 05/23/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Care Patrol inquiry; void payment | 0.1 |
| | 05/24/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Coordinate with Waller re EIN numbers | 0.1 |
| | 05/24/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Petty cash inquiry; transfer funds | 0.1 |
| | 05/26/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Review and approve additional invoices; process payments | 0.2 |
| | 05/29/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Feb and March close recons | 2.4 |
| | 05/30/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Revenue rollforward recon for February and March | 2 |
| | 05/30/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Feb and March close recons | 0.9 |
| | 05/31/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Update cash availability tracker | 0.1 |
| **Total for Lauren R. Douglas** | | | | **10.3** |
| **Priscilla Smith** | | | | |
| | 05/03/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Fixing sync errors in Gordon Oaks | 0.6 |
| | 05/03/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Work on outstanding ivoices send in email from L.Douglas; add 9 new accounts to Alabama Power acct, send new invoices to bll.com, enter in bil.com, send detailed email re status of all items | 2.6 |
| | 05/03/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Pay 9 Georgia Power accounts online; send receipts to bill.com; compile a list of all active Georgia Power accounts, email to L.Douglas | 1 |
| | 05/03/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Phone call to Cooks pest control to get information on invoices; auto ach cleared bank for less than invoice amount | 0.4 |
| | 05/04/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Set up 9 new Alabama Power accounts on auto pay through website | 0.2 |
| | 05/05/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Review email from L.Douglas, issue credits for 3 older Mobile Water invoices; research credit for Spire; respond to email with findings | 0.9 |
| | 05/09/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Call to CarePatrol re voided check; text ap email address to send current invoices | 0.2 |
| | 05/23/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Issue credit memo for duplicate payment of Care Patrol; send email status update | 0.2 |
| | 05/26/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Working to fix sync errors | 0.5 |
| | 05/27/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Marking invoices paid in bll.com; sync to Intacct | 0.5 |
| | 05/27/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Search bank statement for cleared payments that need to be marked paid | 0.7 |
| | 05/27/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Research missing Cook's Pest Control invoices | 0.6 |
| **Total for Priscilla Smith** | | | | **8.4** |
| **Tammy Cook** | | | | |
| | 05/04/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | pulling Alabama Power invoices for April 2022 that are missing from bill.com and sending to bill.com for review and processing. | 4.8 |
| | 05/09/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Petty Cash reconcilaition and journal entry April 2022. | 0.6 |
| | 05/09/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | research March 2022 cash reconclation and respond to email. | 1.3 |
| | 05/11/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | mark paid Alabama Power invoices that has left over credt for duplicate paymnets from March 2022. | 0.5 |
| | 05/11/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | pulling and research all WM Corp accounts and setting up payments if needed at time of login to protal | 0.2 |
| | 05/23/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | review all the Alabama Power accounts and download send them to bill.com. Entered all the invoices in bill.com and sync for intacct posing. Paid past due accounts within portal. Created a spreadsheet with all the accounts numbers and payment option email to staff. | 5.4 |
| **Total for Tammy Cook** | | | | **12.8** |
| **Zachary Rowe** | | | | |
| | 05/04/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Review and submit payroll | 0.1 |
| | 05/29/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Feb/ Mar Month End Close | 3 |
| | 05/31/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Feb/ Mar Month End Close | 0.5 |
| | 05/31/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Feb/ Mar Month End Close | 3 |
| | 05/31/2022 | HMP Senior Solutions LLC Gordon Oaks - Management | Feb/ Mar Month End Close | 1.7 |
| **Total for Zachary Rowe** | | | | **8.3** |

**Expenses**

| Professional | Hotel | Airfare | Meals | Mileage | Other Trans | Other | 3rd Party Consulting | Total |
|---|---|---|---|---|---|---|---|---|
| Derek Pierce | $ - | $ - | $ - | $ - | $ - | $ 1,335.91 | $ - | $ 1,335.91 |
| Zach Rowe | - | - | - | - | - | - | - | - |
| Jessica Scouten | - | - | - | - | - | - | - | - |
| Lauren Douglas | - | - | - | - | - | - | - | - |
| Tammy Cook | - | - | - | - | - | - | - | - |
| Kyle Thigpen | - | - | - | - | - | - | - | - |
| Akeem Ogle | - | - | - | - | - | - | - | - |
| Total | $ - | $ - | $ - | $ - | $ - | $ 1,336 | $ - | 1,336 |
| | | | | | | | Total | $ 1,335.91 |

[1]Expenses shown here may include expenses incurred in earlier periods and not previously invoiced and expenses for the current period not invoiced here may be included in future invoices.

## Healthcare Management Partners, LLC
## Unbilled Charges
### January - May, 2022

| Date | Transaction Type | Memo/Description | Amount |
|---|---|---|---:|
| **Gordon Oaks - Management** | | | |
| 04/25/2022 | Billable Expense Charge | BILL COM INC PALO ALTO CA - bill.com charges | 117.91 |
| 05/07/2022 | Billable Expense Charge | Grayson Air Conditioning, Inc - HVAC Repairs for Gordon Oaks AL and IL | 1,218.00 |
| **Total for Gordon Oaks - Management** | | | **$ 1,335.91** |



HMP Metrics, LLC.
HMPMetrics.com
Info@HMPMetrics.com
727 222-1245

1033 Demonbreun Street
Suite 300
Nashville, TN

**Invoice Issued To**
Gordon Oaks
0017
3145 Knollwood Dr
Mobile, AL 36693

| | |
|---|---:|
| Invoice Number | RHMP0325 |
| Invoice Date | 05/01/2022 |
| Due Date | 05/31/2022 |
| Balance Due | $743.90 |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| Help Desk | Pass-Through Cost of Pax8 Help Desk. | $15.00 | 14 | $210.00 |
| Microsoft 365 Licenses | Pass-Through Charges for Microsoft 365 License Cost. | $3.85 | 14 | $53.90 |
| HMP Facility IT Services | HMP Facility Level 2 Support | $20.00 | 14 | $280.00 |
| HMP Web Services | HMP Metrics Website Hosting, Website Management, and Web Marketing. | $200.00 | 1 | $200.00 |

**Payment Options**
Please remit payment to the following address:
Healthcare Management Partners, LLC
c/o Lauren Douglas
1033 Demonbreun Street, Suite 300
Nashville, TN 37203

Wiring Instructions:
Bank Name: Wells Fargo
ABA Number: # 121000248
Account Name: Healthcare Management Partners, LLC
Account Number: # ▮▮▮▮▮▮▮7394

| | |
|---|---:|
| Subtotal | $743.90 |
| **Balance Due** | **$743.90** |