IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., as indenture trustee,<br><br>Plaintiff,<br><br>v.<br><br>BAMA OAKS RETIREMENT, LLC;<br>SAINT SIMONS HEALTH CARE, LLC;<br>and THE MEDICAL CLINIC BOARD OF<br>THE CITY OF MOBILE (SECOND),<br><br>Defendants. | Case No. 21-00028-KD-B |

**WALLER LANSDEN DORTCH & DAVIS, LLP'S MOTION TO APPROVE
COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED AS
COUNSEL TO RECEIVER MAY 1, 2022 THROUGH MAY 31, 2022
(ASSISTED LIVING FACILITY)**

Waller Lansden Dortch & Davis, LLP ("*Waller*"), counsel to the court-appointed receiver (the "*Receiver*") in the above-captioned civil action, submits this motion to approve compensation for services rendered and reimbursement of costs and expenses incurred (the "*Fee Application*") May 1, 2022 through May 31, 2022 (the "*Application Period*") as counsel to the Receiver and, in support of the Fee Application, Waller respectfully states as follows:

BACKGROUND

1. On April 13, 2021 (the "*Appointment Date*"), this Court entered the *Order Appointing Receiver* (Dkt. No. 42) (the "*Receiver Order*"),[1] appointing the Receiver to administer and control the Facility.

2. Since accepting the appointment pursuant to the Receiver Order, the Receiver has exercised his full power and authority to control, manage, administer, operate, and protect the

---

[1] Capitalized terms used in this Application and not otherwise defined shall have the meanings ascribed to them in the Receiver Order.

4877-9501-0853.2

Receivership Estate, as laid out in the Receiver Order. The Receiver has operated and administered the Receivership Estate in an economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors.

3. Paragraph (8), subsection (xxiv) of the Receiver Order allows HMP to employ counsel to assist it in its role as Receiver. This Court approved the Receiver's retention of Waller to represent it as its general counsel in this matter. (Receiver Order ¶ 19.)

4. Paragraph (36) of the Receiver Order provides that the Receiver shall file applications for payment of the Receiver's and Receiver Affiliates fees and expenses on the twentieth (20) of each calendar month. Additionally, paragraph (36) of the Receiver Order further provides that unless a party files a written objection to the application for payment within thirty (30) calendar days of the filing of application for payment, the application shall be deemed approved and the Receiver is authorized to pay the fees and expenses of the Receiver and Receiver Affiliates as necessary expenses of operation of the Facility without further order of the Court.

5. Pursuant to the Receiver Order, fees and expenses payable to Receiver Affiliates shall be treated as priority administrative claims against the Receivership Estate, and payment of such amounts in accordance with the Receiver Order take priority over payment of any claims arising prior to the date on which the Receiver is appointed (including, but not limited to, claims of the Trustee with respect to the Bonds).

6. The professional services provided by Waller are necessary to enable the Receiver to perform and exercise faithfully and confidently the Receiver's powers, duties, and responsibilities under the Receiver Order.

7. Waller charges the Receiver for its legal services at the hourly rates in effect as of January 1, 2022, for matters of this type, and for reimbursement of all reasonable costs and expenses incurred in connection with its representation of the Receiver in all matters concerning the above-captioned proceedings.

8. Waller maintains computerized time records of the time spent by all Waller professionals and paraprofessionals in connection with its representation of the Receiver.

9. Waller's computerized time records reflect the category of the services provided, the date services were performed, the name of the professionals and paraprofessionals who rendered the services, a description of the services provided, the amount of time expended, and the cost of such services.

10. As set forth in greater detail below, Waller's activities on behalf of the Receiver in relation to the above-captioned proceedings were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order.

11. Attached as **Exhibit A** to this application are computerized time records reflecting the services provided by Waller during the Application Period.

12. The services set forth in **Exhibit A** represent services provided by Waller to the Receiver in connection with this receivership and the concurrently pending, related receivership of Bama Oaks Retirement, LLC's independent living facility in case number 21-00029-KD-B pending in this Court (the "*Independent Living Facility Receivership*").

### DESCRIPTION OF SERVICES AND EXPENSES FOR THE APPLICATION PERIOD

13. During the Application Period, Waller spent **75.9** hours providing services to the Receiver to assist the Receiver in fulfilling his duties and obligation under the Receiver Order, resulting in **$33,856.00** in fees and **$2,832.02** in expenses.

14. The services rendered by Waller during the Application Period were performed by Waller professionals as follows:

| Professional | Hourly Rate | Hours | Fees |
|---|---|---|---|
| Jon P. Gaston | $540 | 0.2 | $108.00 |
| Ryan K. Cochran | $575 | 21.3 | $10,867.50 |
| Brian J. Malcom | $490 | 27.7 | $12,397.00 |
| John J. Park | $520 | 2.1 | $1,092.00 |
| Blake D. Roth | $520 | 10.1 | $5,252.00 |
| Kendria S. Lewis | $345 | 13.4 | $3,795.00 |
| Jeanette L. Ramer | $315 | 0.7 | $220.50 |
| Chris T. Cronk | $310 | 0.4 | $124.00 |
| **TOTAL** | | **75.9** | **$33,856.00** |

15. In addition, during the Application Period, Waller incurred expenses in the amount of **$2,832.02**, in connection with travel expenses and postage expenses.

<u>TERMS AND CONDITIONS OF COMPENSATION</u>

16. Subject to this Court's approval, Waller seeks payment on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Waller during the Application Period.

17. The rates charged by Waller in this case are the same rates charged by Waller with regard to other matters of this type.

18. The Receiver has determined that a reasonable allocation of administrative expenses between the Facility and the facility in the Independent Living Facility Receivership is Seventy Percent (70%) to the Facility and Thirty Percent (30%) to the facility in the Independent Living Facility Receivership, based upon a percentage of revenue for each. Accordingly, because

4877-9501-0853.2

of the concurrent representation of the Receiver in this receivership and the Independent Living Facility Receivership, Waller is seeking compensation of only Seventy Percent (70%) of the fees and expenses from this Receivership Estate, while seeking compensation of the remaining Thirty Percent (30%) of the fees and expenses from the Independent Living Facility Receivership's estate.

19. Accordingly, by this Fee Application, Waller seeks entry of an order granting approval, and directing payment, without further order of this Court, at such times as the Receiver determines in his absolute discretion that the funds are available, of (a) compensation in the amount of **$23,699.2** for professional services rendered in aid of the Receiver during the Application Period as counsel to the Receiver and (b) reimbursement of actual and necessary out of pocket disbursements and charges in the amount of **$1,982.41** incurred in the rendering of such professional services on behalf of the Receiver during the Application Period.

20. Other than Waller's partnership agreement, there are no agreements or understandings between Waller and any other person for the sharing of compensation to be received for services rendered as counsel to the Receiver during the above-captioned proceedings.

21. All services for which compensation is requested and expenses for which reimbursement is requested are reasonable, necessary, and were performed for and on behalf of the Receiver during the Application Period.

22. The fees and expenses incurred during the Application Period were incurred in the best interests of all parties to the above-captioned proceedings.

23. Waller has no interests adverse to the Receiver that would inhibit Waller from acting as counsel to the Receiver or performing any legal services for the Receiver as necessary for the performance of its duties under the Receiver Order.

WHEREFORE, the Waller respectfully requests that this Court enter an order approving this Fee Application and granting such other and further relief as this Court deems just and proper.

Dated: June 21, 2022

Respectfully submitted,

/s/ Brian J. Malcom
Brian J. Malcom
WALLER LANSDEN DORTCH & DAVIS, LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-7342
Brian.Malcom@wallerlaw.com

- and -

Ryan K. Cochran
Alabama Bar No. 1748N70C
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 850-8778
Fax: (615) 244-6304
ryan.cochran@wallerlaw.com

*Attorneys for the Receiver, Derek Pierce of Healthcare Management Partners, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, declare that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic noticing system on the date set forth below on the following:

**W. Joseph McCorkle , Jr.**
Balch & Bingham
P. O. Box 78
Montgomery, AL 36101

**Frederic Dorwart**
Frederic Dorwart Lawyers
Suite 100
124 E. Fourth Street
Tulsa, OK 74103

**James A. Higgins**
Frederic Dorwart, Lawyers PLLC
124 E. 4th Street
Tulsa, OK 74103

**Nora R. O'Neill**
Frederic Dorwart, Lawyers PLLC
124 East Fourth Street
Tulsa, OK 74103

**Patrick Nicholas Silloway**
Balch & Bingham
30 Ivan Allen Jr. Blvd., NW
Suite 700
Atlanta, GA 30308

**Walter Jones**
Balch & Bingham
30 Ivan Allen Jr. Blvd NW Suite 700
Atlanta, GA 30308

**Mary Allie Elizabeth Boller**
Thomas R. Boller, PC
150 Government Street
Suite 1001
Mobile, AL 36602

**Thomas R. Boller**
150 Government St., Ste. 1001
Mobile, AL 36602

**Michael Mark Linder , Jr.**
The Atchison Firm
3030 Knollwood Drive
Mobile, AL 36693

This 21st day of June, 2022.           */s/ Brian J. Malcom*
                                                      OF COUNSEL

## **Exhibit A**

**Waller Invoices**

4877-9501-0853.2

**WALLER LANSDEN DORTCH & DAVIS, LLP**
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
615-244-6380
FEDERAL ID NO. 62-0479474

Healthcare Management Partners
Derek Pierce
Via Email:
dpierce@HCMPLLC.com

June 9, 2022
Invoice 10857634
Page 1
Bill Through 05/31/22
Billing Atty: R. Cochran

Our Matter #    021401.07202

Bama Oaks Receivership

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/05/22 | Review of CM/ECF notices and calendar upcoming hearings and deadlines related to the sale of the facililties  B110 | Cronk, Chris T. | 0.20 hrs. | $ 62.00 |
| 05/06/22 | Prepare declaration in support of sale  B110 | Lewis, Kendria S | 0.70 hrs. | $ 241.50 |
| 05/10/22 | Review of CM/ECF notices and update calendar re: change in hearing to confirm sale  B110 | Cronk, Chris T. | 0.20 hrs. | $ 62.00 |
| 05/16/22 | Update fee chart in preparation for final sale  B110 | Lewis, Kendria S | 0.20 hrs. | $ 69.00 |
| 05/16/22 | Prepare closing deliverables in preparation for closing  B110 | Lewis, Kendria S | 0.20 hrs. | $ 69.00 |
| 05/17/22 | Prepare and revise recordable documents in preparation for closing.  B110 | Lewis, Kendria S | 0.90 hrs. | $ 310.50 |
| 05/23/22 | Revise recordable documents in preparation for closing  B110 | Lewis, Kendria S | 1.00 hrs. | $ 345.00 |
| 05/23/22 | Revise compensation chart  B110 | Lewis, Kendria S | 0.20 hrs. | $ 69.00 |
| 05/23/22 | Correspondence with real estate team re: [redacted]  B110 | Lewis, Kendria S | 0.10 hrs. | $ 34.50 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/24/22 | Correspondence with L. Douglas re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>B110 | Lewis, Kendria S | 0.10 hrs. | $ 34.50 |
| 05/24/22 | Prepare closing deliverables in preparation for closing<br>B110 | Lewis, Kendria S | 0.70 hrs. | $ 241.50 |
| 05/25/22 | Revise recordable documents in preparation for closing<br>B110 | Lewis, Kendria S | 0.60 hrs. | $ 207.00 |
| | Code Total: | | 5.10 hrs. | $1,745.50 |
| 05/09/22 | Call with W. Jones re: sales process and hearing<br>B130 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 05/12/22 | Conduct Auction<br>B130 | Cochran, Ryan K | 0.40 hrs. | $ 230.00 |
| 05/12/22 | Prepare excel chart in support of order approving sale hearing to follow auction<br>B130 | Lewis, Kendria S | 0.10 hrs. | $ 34.50 |
| 05/12/22 | Attend auction<br>B130 | Lewis, Kendria S | 1.10 hrs. | $ 379.50 |
| 05/16/22 | Work on closing checklist and documents<br>B130 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 05/18/22 | Work on closing documents and closing checklist<br>B130 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 05/20/22 | Work on closing documents<br>B130 | Cochran, Ryan K | 0.60 hrs. | $ 345.00 |
| 05/23/22 | Work on closing documents<br>B130 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| | Code Total: | | 3.00 hrs. | $1,449.00 |
| 05/04/22 | Work on funding request<br>B210 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/06/22 | Revise response to EEOC claim re: Franklin<br>B210 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 05/12/22 | Work on funding request<br>B210 | Cochran, Ryan K | 0.30 hrs. | $ 172.50 |
| | Code Total: | | 0.60 hrs. | $345.00 |
| 05/03/22 | Call with D. Pierce re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>C300 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/03/22 | Discuss ▓▓▓▓▓▓▓▓▓▓ with J. Gaston<br>C300 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |

| Date | Description | Code | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 05/03/22 | Work on formula to allocate proceeds of sale between bond issuances | C300 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 05/03/22 | Assess and advise re: receiver's federal income tax return filing obligations | C300 | Gaston, Jon P | 0.20 hrs. | $ 108.00 |
| 05/03/22 | Prepare litigation hold memo for Ashanti Franklin charge | C300 | Park, John J | 0.50 hrs. | $ 260.00 |
| 05/05/22 | Draft and revise Ashanti Franklin position statement | C300 | Park, John J | 0.50 hrs. | $ 260.00 |
| 05/06/22 | Finalize position statement and circulate for approval | C300 | Park, John J | 0.20 hrs. | $ 104.00 |
| 05/10/22 | Follow up to finalize charge response for Ashanti Franklin | C300 | Park, John J | 0.10 hrs. | $ 52.00 |
| 05/11/22 | Finalize position statement for Ashanti Franklin and submit to EEOC | C300 | Park, John J | 0.80 hrs. | $ 416.00 |
| | | | Code Total: | 3.00 hrs. | $1,602.50 |
| 05/09/22 | Call with bondholder | C400 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| | | | Code Total: | 0.10 hrs. | $57.50 |
| 05/02/22 | Plan and prepare for sale hearing and auction | L190 | Malcom, Brian J. | 1.80 hrs. | $ 882.00 |
| 05/04/22 | Plan and prepare for sale, sale hearing, and auction | L190 | Malcom, Brian J. | 2.30 hrs. | $ 1,127.00 |
| 05/06/22 | Plan and prepare for sale hearing, and auction | L190 | Malcom, Brian J. | 0.40 hrs. | $ 196.00 |
| 05/12/22 | Prepare for public auction | L190 | Malcom, Brian J. | 0.80 hrs. | $ 392.00 |
| 05/16/22 | Plan and prepare for hearing on motion for preliminary injunction in Burgett action | L190 | Malcom, Brian J. | 1.70 hrs. | $ 833.00 |
| 05/17/22 | Plan and prepare for hearing on motion for injunction in Burgett proceeding | L190 | Malcom, Brian J. | 1.30 hrs. | $ 637.00 |
| 05/18/22 | Plan and prepare for hearing on injunction in Burgett | L190 | Malcom, Brian J. | 1.80 hrs. | $ 882.00 |
| | | | Code Total: | 10.10 hrs. | $4,949.00 |
| 05/09/22 | Prepare declaration in support of auction | L210 | Lewis, Kendria S | 0.30 hrs. | $ 103.50 |

| Date | Description | Code | Attorney | Hours | Amount |
|---|---|---|---|---|---|
| 05/09/22 | Prepare documentation re: receivership fees in support of proposed sale order | L210 | Lewis, Kendria S | 0.20 hrs. | $ 69.00 |
| | Code Total: | | | 0.50 hrs. | $172.50 |
| 05/02/22 | Work on motion to approve final accounting and discharge | L250 | Roth, Blake D | 0.30 hrs. | $ 156.00 |
| 05/04/22 | Prepare for sale hearing and auction | L250 | Cochran, Ryan K | 1.90 hrs. | $ 1,092.50 |
| 05/05/22 | Work on declaration and proffer in support of sale hearing | L250 | Cochran, Ryan K | 1.00 hrs. | $ 575.00 |
| 05/05/22 | Research ███████████████████ | L250 | Roth, Blake D | 0.40 hrs. | $ 208.00 |
| 05/06/22 | Prepare declaration in support of sale motion and proffer of D. Prince | L250 | Cochran, Ryan K | 0.30 hrs. | $ 172.50 |
| 05/06/22 | Draft and revise motion for preliminary injunction on Burgett matter to enforce Receiver's injunctions against 3rd parties | L250 | Malcom, Brian J. | 1.60 hrs. | $ 784.00 |
| 05/08/22 | Work on proposed sale order, declaration in support of sale and prepare for sale hearing | L250 | Cochran, Ryan K | 0.80 hrs. | $ 460.00 |
| 05/09/22 | Work on notice of successful bidder, declaration in support of sale, and proposed sale order | L250 | Cochran, Ryan K | 1.00 hrs. | $ 575.00 |
| 05/09/22 | Work on monthly operating report and fee applications | L250 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/09/22 | Review and analyze pleadings and prepare for sale hearing and auction | L250 | Malcom, Brian J. | 0.80 hrs. | $ 392.00 |
| 05/10/22 | Prepare for hearing on sale motion including work on declaration in support, testimony outline, and supporting case law | L250 | Cochran, Ryan K | 1.10 hrs. | $ 632.50 |
| 05/10/22 | Update fee chart in preparation for sale hearing | L250 | Lewis, Kendria S | 0.30 hrs. | $ 103.50 |
| 05/10/22 | Prepare notice of filing of proposed order | L250 | Lewis, Kendria S | 0.30 hrs. | $ 103.50 |
| 05/10/22 | Retrieve ucc searches in support of order to approve sale hearing | L250 | Lewis, Kendria S | 0.60 hrs. | $ 207.00 |
| 05/10/22 | Prepare notice of service re: time change of sale hearing | L250 | Lewis, Kendria S | 0.30 hrs. | $ 103.50 |
| 05/10/22 | Prepare for sale hearing and auction | L250 | Malcom, Brian J. | 1.00 hrs. | $ 490.00 |
| 05/10/22 | Work on motion to approve final accounting and discharge receiver | | | | |

| Date | Description / Code | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | L250 | Roth, Blake D | 0.30 hrs. | $ 156.00 |
| 05/11/22 | Travel to Auction<br>L250 | Cochran, Ryan K | 2.50 hrs. | $ 718.75 |
| 05/11/22 | Prepare for sale hearing re: proffer, declaration in support of sale, and research on free and clear sales<br>L250 | Cochran, Ryan K | 1.10 hrs. | $ 632.50 |
| 05/11/22 | Travel to Auction<br>L250 | Lewis, Kendria S | 2.50 hrs. | $ 431.25 |
| 05/11/22 | Prepare for sale hearing and auction<br>L250 | Malcom, Brian J. | 1.00 hrs. | $ 490.00 |
| 05/11/22 | Travel to sale hearing and auction<br>L250 | Malcom, Brian J. | 2.50 hrs. | $ 612.50 |
| 05/12/22 | Work on allocation of sale proceeds motion<br>L250 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 05/12/22 | Finalize proposed sale order, declaration in support and notice of successful bidder<br>L250 | Cochran, Ryan K | 1.50 hrs. | $ 862.50 |
| 05/12/22 | Prepare proffer and direct examination in support of sale<br>L250 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 05/12/22 | Prepare exhibits for sale hearing<br>L250 | Malcom, Brian J. | 0.60 hrs. | $ 294.00 |
| 05/12/22 | Correspondence with Burgett counsel re: agreed order and injunction against collection<br>L250 | Malcom, Brian J. | 0.30 hrs. | $ 147.00 |
| 05/12/22 | Prepare for sale hearing<br>L250 | Malcom, Brian J. | 1.00 hrs. | $ 490.00 |
| 05/12/22 | Attend and host public auction for sale of facility<br>L250 | Malcom, Brian J. | 0.40 hrs. | $ 196.00 |
| 05/13/22 | Participate in sale hearing<br>L250 | Cochran, Ryan K | 0.70 hrs. | $ 402.50 |
| 05/13/22 | Prepare for sale hearing<br>L250 | Cochran, Ryan K | 1.00 hrs. | $ 575.00 |
| 05/13/22 | Travel related to sale hearing<br>L250 | Cochran, Ryan K | 2.30 hrs. | $ 661.25 |
| 05/13/22 | Attend sale hearing<br>L250 | Lewis, Kendria S | 0.70 hrs. | $ 241.50 |
| 05/13/22 | Travel related to sale hearing<br>L250 | Lewis, Kendria S | 2.30 hrs. | $ 396.75 |
| 05/13/22 | Return travel from sale hearing and auction<br>L250 | Malcom, Brian J. | 2.30 hrs. | $ 563.50 |
| 05/13/22 | Prepare for sale hearing and prepare exhibits to hearing | | | |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | L250 | Malcom, Brian J. | 3.30 hrs. | $ 1,617.00 |
| 05/13/22 | Attend sale hearing<br>L250 | Malcom, Brian J. | 0.70 hrs. | $ 343.00 |
| 05/13/22 | Attention to monthly operating report and fee applications<br>L250 | Roth, Blake D | 0.10 hrs. | $ 52.00 |
| 05/16/22 | Research related to proposed order provisions providing for good faith purchaser and affect of appeal<br>L250 | Cochran, Ryan K | 0.80 hrs. | $ 460.00 |
| 05/17/22 | Analysis of entered sale order and email to parties re: sale order<br>L250 | Cochran, Ryan K | 0.40 hrs. | $ 230.00 |
| 05/17/22 | Review and analyze sale order entered by court and compare against draft provided to court in proposed order<br>L250 | Malcom, Brian J. | 0.30 hrs. | $ 147.00 |
| 05/17/22 | Draft fee applications and monthly operating reports for assisted living facility and independent living facility<br>L250 | Roth, Blake D | 1.00 hrs. | $ 520.00 |
| 05/18/22 | Call with Buyer counsel and trustee counsel re: Sale Order<br>L250 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/18/22 | Work on monthly operating report and fee applications<br>L250 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/18/22 | Research re: [redacted]<br>L250 | Cochran, Ryan K | 0.30 hrs. | $ 172.50 |
| 05/18/22 | Review and revise monthly operating reports<br>L250 | Roth, Blake D | 0.20 hrs. | $ 104.00 |
| 05/18/22 | Draft motion to approve final accounting and discharge receiver<br>L250 | Roth, Blake D | 0.70 hrs. | $ 364.00 |
| 05/19/22 | Draft motion to discharge receiver and approve final distribution and research re: same<br>L250 | Roth, Blake D | 0.90 hrs. | $ 468.00 |
| 05/20/22 | Work on notice of service of sale order<br>L250 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/20/22 | Draft, revise, and finalize monthly operating report for facility and fee applications for submission to the court and file the same<br>L250 | Malcom, Brian J. | 1.80 hrs. | $ 882.00 |
| 05/20/22 | Draft motion to discharge receiver and approve final accounting and research re: same<br>L250 | Roth, Blake D | 1.20 hrs. | $ 624.00 |
| 05/20/22 | Review and revise monthly operating report<br>L250 | Roth, Blake D | 0.40 hrs. | $ 208.00 |
| 05/24/22 | Work on motion to discharge receiver and approve final accounting<br>L250 | Roth, Blake D | 1.10 hrs. | $ 572.00 |
| 05/25/22 | Draft motion to approve final accounting and research re: same | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | L250 | Roth, Blake D | 1.40 hrs. | $ 728.00 |
| 05/26/22 | Work on motion to discharge receiver and approve final accounting | | | |
|  | L250 | Roth, Blake D | 1.30 hrs. | $ 676.00 |
| 05/27/22 | Work on motion to approve final discharge | | | |
|  | L250 | Roth, Blake D | 0.80 hrs. | $ 416.00 |
|  | Code Total: | | 52.80 hrs. | $23,314.50 |
| 05/24/22 | Review affidavit and deed matters for document preparation | | | |
|  | P400 | Ramer, Jeanette L. | 0.70 hrs. | $ 220.50 |
|  | Code Total: | | 0.70 hrs. | $220.50 |
|  | Total Fees for Professional Services ............................................................... | | | $ 33,856.00 |

## Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Gaston, Jon P | 540.00 | 0.20 | $ 108.00 |
| Cochran, Ryan K | 575.00 | 21.30 | $ 10,867.50 |
| Malcom, Brian J. | 490.00 | 27.70 | $ 12,397.00 |
| Park, John J | 520.00 | 2.10 | $ 1,092.00 |
| Roth, Blake D | 520.00 | 10.10 | $ 5,252.00 |
| Lewis, Kendria S | 345.00 | 13.40 | $ 3,795.00 |
| Ramer, Jeanette L. | 315.00 | 0.70 | $ 220.50 |
| Cronk, Chris T. | 310.00 | 0.40 | $ 124.00 |
| TOTAL |  | 75.90 | $ 33,856.00 |

## Disbursements

| | | |
|---|---|---|
| 05/11/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022<br>R. Cochran, B. Malcom, and K. Lewis lunch while in Mobile, AL for Sale Hearing | $ 32.37 |
| 05/11/22 | VENDOR: Ryan Cochran INVOICE#: 010051673215 DATE: 5/24/2022<br>Car service to airport re: Sale hearing in Mobile, AL | $ 30.33 |
| 05/11/22 | VENDOR: Ryan Cochran INVOICE#: 010051673215 DATE: 5/24/2022<br>Car service to airport re: Sale hearing in Mobile, AL | $ 15.16 |
| 05/12/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022<br>R. Cochran internet while in Mobile, AL for Sale Hearing (1 day) | $ 3.27 |
| 05/12/22 | VENDOR: Brian Malcom INVOICE#: 010051690413 DATE: 5/24/2022<br>Two conference rooms, wifi connections for two days and lunch at the Battle House Hotel for Court Auction and sale hearing | $ 1,053.02 |
| 05/13/22 | VENDOR: Brian Malcom INVOICE#: 010051624996 DATE: 5/17/2022<br>Valet parking for hotel stay | $ 24.94 |
| 05/13/22 | VENDOR: Brian Malcom INVOICE#: 010051624996 DATE: 5/17/2022 | $ 443.46 |

| | | |
|---|---|---|
| | Hotel stay for Court Auction | |
| 05/13/22 | VENDOR: Brian Malcom INVOICE#: 010051624996 DATE: 5/17/2022 Internet for hotel stay for Court Auction | $ 13.10 |
| 05/13/22 | VENDOR: Kendria S. Lewis INVOICE#: 010051651409 DATE: 5/17/2022  hearing in Alabama | $ 444.46 |
| 05/13/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022 R. Cochran rental vehicle for Sale Hearing in Mobile AL | $ 211.74 |
| 05/13/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022 R. Cochran and K. Lewis dinner at airport while returning home from Mobile, AL for Sale Hearing | $ 12.38 |
| 05/13/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022 R. Cochran parking while in Mobile, AL for Sale Hearing (1 day) | $ 18.00 |
| 05/13/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022 R. Cochran parking while in Mobile, AL for Sale Hearing (1 day) | $ 24.94 |
| 05/13/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022 R. Cochran hotel stay while in Mobile, AL for Sale Hearing (1 day) | $ 443.46 |
| 05/13/22 | VENDOR: Brian Malcom INVOICE#: 010051618019 DATE: 5/17/2022 Lunch with Derek Pierce, Ryan Cochran & Kendria Lewis for Sale Hearing | $ 51.31 |
| | Postage - 3 @ 3.36 | $ 10.08 |
| | Total Disbursements.............................................................................. | $ 2,832.02 |
| | Total Fees and Disbursements on This Invoice | $ 36,688.02 |
| | PLEASE REMIT TOTAL AMOUNT DUE | $ 36,688.02 |