# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOKF, N.A., as Indenture Trustee,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**BAMA OAKS RETIREMENT, LLC,** )<br>**SAINT SIMONS HEALTH CARE, LLC,** )<br>**and MEDICAL CLINIC BOARD OF THE** )<br>**CITY OF MOBILE (SECOND),** )<br>)<br>**Defendants.** ) | Civil Action No. 21-00028-KD-B |

## ORDER

This action is before the Court on the Motion to Approve Compensation for Services Rendered and Expenses Incurred as Counsel to Receiver from March 1, 2022 through March 31, 2022, filed by Waller Lansden Dortch & Davis LLP (doc. 134). Waller seeks approval of compensation in the amount of $16,830.45 for attorney fees and $227.50 for expenses (Id., p. 5).[1]

Waller asserts that the compensation and reimbursement requested is reasonable and incurred for services necessary to the Receiver's performance and exercise of his duties and responsibilities. In support, Waller cites to certain provisions in the Order appointing the Receiver (doc. 42, ¶¶ 8, 19, 36). Waller also provides time records which describe the services provided; identify the attorney performing the services, the time expended by that attorney, and the hourly rate; and the total fees (Exhibit A to the Motion).

---

[1] The services performed and expenses incurred during the month of March 2022 were allocated between the Receivership for the Assisted Living Facility (Civil Action No. 21-00028-KD-B) and the Receivership for the Independent Living Facility (Civil Action No. 21-00029-KD-B), with the former incurring 70% of the attorney fees and expenses and the latter incurring 30% of same.

The thirty (30) day period for objection has passed (doc. 42, ¶ 36). To date, no objection has been filed.

Upon consideration of the Motion/Fee Application, the time records, the Order appointing the Receiver, and the absence of any objection, the Motion (doc. 134) is GRANTED. Accordingly, the Fee Application is approved, and the Receiver is directed to pay, without further court order and at such times as the Receiver determines in his discretion that funds are available, the compensation requested.

DONE and ORDERED this the 28th day of June 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE