# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOKF, N.A., as Indenture Trustee,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Civil Action No. 21-00028-KD-B |
| | ) | |
| **BAMA OAKS RETIREMENT, LLC,** | ) | |
| **SAINT SIMONS HEALTH CARE, LLC,** | ) | |
| **and MEDICAL CLINIC BOARD OF THE** | ) | |
| **CITY OF MOBILE (SECOND),** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## **ORDER**

This action is before the Court on the Motions to Approve Compensation for Services Rendered and Expenses Incurred as Counsel to Receiver from June 1, 2022, through June 30, 2022, and from July 1, 2022, through July 31, 2022, filed by Waller Lansden Dortch & Davis LLP (docs. 158, 164). For June, Waller seeks approval of compensation in the amount of $5,706.75 for attorney fees and expenses in the amount of $1.23 (doc. 158, p. 5).[1] For July, Waller seeks approval of compensation in the amount of $5,771.50 for attorney fees and expenses in the amount of $62.75 (doc. 164, p. 5).

Waller asserts that the compensation and reimbursement requested is reasonable and incurred for services necessary to the Receiver's performance and exercise of his duties and responsibilities. In support, Waller cites to certain provisions in the Order appointing the

---

[1] The services performed and expenses incurred during the months of April and May 2022 were allocated between the Receivership for the Assisted Living Facility (Civil Action No. 21-00028-KD-B) and the Receivership for the Independent Living Facility (Civil Action No. 21-00029-KD-B), with the former incurring 70% of the attorney fees and expenses and the latter incurring 30% of same.

Receiver (doc. 42, ¶¶ 8, 19, 36). Waller also provides time records which describe the services provided; identify the attorney performing the services, the time expended by that attorney, and the hourly rate; and set forth the total fees and expenses (Exhibit A to the Motions).

The thirty (30) day period for objection has passed (doc. 42, ¶ 36). To date, no objection has been filed.

Upon consideration of the Motions/Fee Applications, the time records, the Order appointing the Receiver, and the absence of any objection, the Motions (docs. 158, 164) are GRANTED. Accordingly, the Fee Applications are approved, and the Receiver is directed to pay, without further court order and at such times as the Receiver determines in his discretion that funds are available, the compensation requested.

DONE and ORDERED this the 13th day of October 2022.

                                            s/ Kristi K. DuBose
                                            KRISTI K. DuBose
                                            UNITED STATES DISTRICT JUDGE