IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOKF, N.A., as Indenture Trustee,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No. 21-00028-KD-B** |
| ) | |
| **BAMA OAKS RETIREMENT, LLC,** ) | |
| **SAINT SIMONS HEALTH CARE, LLC,** ) | |
| **and MEDICAL CLINIC BOARD OF THE** ) | |
| **CITY OF MOBILE (SECOND),** ) | |
| ) | |
| **Defendants.** ) | |

## **ORDER**

This action is before the Court on the Receiver's Motions to Approve Compensation for Services Rendered and Expenses Incurred from January 1, 2023, through January 31, 2023, from February 1, 2023, through February 28, 2023, and March 1, 2023, through March 31, 2023 (the Fee Applications) filed by Derek Pierce, managing partner of Healthcare Management Partners, LLC (docs. 197, 204, 210). For January, the Receiver seeks approval of compensation in the amount of $4,984.00 for services performed and expenses in the amount of $232.11 (doc. 197, p. 4-5). For February, the Receiver seeks approval of compensation in the amount of $1,011.50 for services performed and expenses in the amount of $21.84 (doc. 204, p. 4-5). For March, the Receiver seeks approval of compensation in the amount of $330.75 and expenses in the amount of $156.79 (doc. 210, p. 4-5).

The Receiver asserts that he has managed, operated, and administered the Receivership Estate in an "economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors" (doc. 197, p. 2; doc. 204, p. 2; doc. 210, p. 2). The Receiver also asserts that his "activities during the Application Period were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order" and that the services and expenses were reasonable and necessary and performed for the benefit of the Receivership Estate

(Id., p. 3-4; Id., p. 3-4; Id., p. 3-4).

The Receiver also provides the Court with detailed accountings of the services provided by the Receiver or members of the Receiver's LLC (doc. 197, Exhibit A; doc. 204, Exhibit A; doc. 210, Exhibit A). The Receiver explains that members of the LLC were employed as necessary and appropriate and in the interest of economy.

Upon consideration of the Motions/Fee Applications, the detailed accountings of the services provided, the Order appointing the Receiver, and the absence of any objections, the Motions are GRANTED. Accordingly, the Fee Applications are approved, and the Receiver is directed to pay, without further court order and at such times as the Receiver determines in his discretion that funds are available, compensation in the amount of $4,984.00 for professional services rendered by the Receiver in performing his duties and obligations and expenses in the amount of $232.11 for the month of January 2023, compensation in the amount of $1,011.50 for professional services rendered by the Receiver in performing his duties and obligations and expenses in the amount of $21.84 for the month of February 2023, and compensation in the amount of $330.75 for professional services rendered by the Receiver in performing his duties and obligations and expenses in the amount of $156.79 for the month of March 2023.

DONE and ORDERED this the 2nd day of June 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE