# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOKF, N.A., as Indenture Trustee,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 21-00028-KD-B |
| ) | |
| **BAMA OAKS RETIREMENT, LLC,** ) | |
| **SAINT SIMONS HEALTH CARE, LLC,** ) | |
| **and MEDICAL CLINIC BOARD OF THE** ) | |
| **CITY OF MOBILE (SECOND),** ) | |
| ) | |
| Defendants. ) | |

## ORDER

This action is before the Court on the Motions to Approve Compensation for Services Rendered and Expenses Incurred as Counsel to Receiver from May 1, 2023 to May 31, 2023 and June 1, 2023 to June 30, 2023, filed by Baker, Donelson, Bearman, Caldwell & Berkowitz P.C. and Epstein Becker Green P.C. (doc. 217, doc. 221). For May, Baker seeks approval of compensation in the amount of $617.40 for attorney fees and EBG seeks approval of compensation in the amount of $13,582.10 for attorney fees (doc. 217, p. 5-6).[1]  For June, Baker seeks approval of compensation in the amount of $2,263.80 for attorney fees and EBG seeks approval of compensation in the amount of $1,537.20 for attorney fees (doc. 221, p. 5-6).

Counsel asserts that the compensation and reimbursement requested is reasonable and incurred for services necessary to the Receiver's performance and exercise of his duties and

---

[1] The services performed and expenses incurred during the month of May and June 2023 were allocated between the Receivership for the Assisted Living Facility (Civil Action No. 21-00028-KD-B) and the Receivership for the Independent Living Facility (Civil Action No. 21-00029-KD-B), with the former incurring 70% of the attorney fees and expenses and the latter incurring 30% of same.

responsibilities. In support, counsel cite to certain provisions in the Order appointing the Receiver (doc. 42, ¶¶ 8, 19, 36). Counsel also provides time records which describe the services provided; identify the attorney performing the services, the time expended by that attorney, and the hourly rate; and set forth the total fees and expenses (Exhibits A and B to the Motions).

The thirty (30) day period for objection has passed (doc. 42, ¶ 36). To date, no objections have been filed.

Upon consideration of the Motions/Fee Applications, the time records, the Order appointing the Receiver, and the absence of any objection, the Motions are GRANTED. Accordingly, the Fee Applications are approved, and the Receiver is directed to pay, without further court order and at such times as the Receiver determines in his discretion that funds are available, the compensation requested.

DONE and ORDERED this the 5th day of October 2023.

> s/ Kristi K. DuBose
> KRISTI K. DuBose
> UNITED STATES DISTRICT JUDGE