IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOKF, N.A., as Indenture Trustee,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. 21-00028-KD-B |
| | ) |
| **BAMA OAKS RETIREMENT, LLC,** | ) |
| **SAINT SIMONS HEALTH CARE, LLC,** | ) |
| **and MEDICAL CLINIC BOARD OF THE** | ) |
| **CITY OF MOBILE (SECOND),** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This action is before the Court on the Receiver's Motion to Approve Compensation for Services Rendered and Expenses Incurred from June 1, 2023, through June 30, 2023 (the Fee Application) filed by Derek Pierce, managing partner of Healthcare Management Partners, LLC (doc. 220). For June, the Receiver seeks approval of compensation in the amount of $780.50 for services performed and expenses in the amount of $219.49 (doc. 220, p. 4-5).

The Receiver asserts that he has managed, operated, and administered the Receivership Estate in an "economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors" (doc. 220, p. 2). The Receiver also asserts that his "activities during the Application Period were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order" and that the services and expenses were reasonable and necessary and performed for the benefit of the Receivership Estate (Id., p. 3-4).

The Receiver also provides the Court with a detailed accounting of the services provided by the Receiver or members of the Receiver's LLC (doc. 220, Exhibit A). The Receiver explains that members of the LLC were employed as necessary and appropriate and in the interest of

economy.

Upon consideration of the Motion/Fee Application, the detailed accounting of the services provided, the Order appointing the Receiver, and the absence of any objections, the Motion is GRANTED. Accordingly, the Fee Application is approved, and the Receiver is directed to pay, without further court order and at such times as the Receiver determines in his discretion that funds are available, compensation in the amount of $780.50 for professional services rendered by the Receiver in performing his duties and obligations and expenses in the amount of $219.49 for the month of June 2023.

DONE and ORDERED this the 5th day of October 2023.

        s/ Kristi K. DuBose
        KRISTI K. DuBOSE
        UNITED STATES DISTRICT JUDGE