# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOKF, N.A., as Indenture Trustee,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 21-00028-KD-B** |
| | ) | |
| **BAMA OAKS RETIREMENT, LLC;** | ) | |
| **SAINT SIMONS HEALTH CARE, LLC;** | ) | |
| **and THE MEDICAL CLINIC BOARD** | ) | |
| **OF THE CITY OF MOBILE (SECOND),** | ) | |
| **Defendants,** | ) | |
| | | |
| **BOKF, N.A., as Indenture Trustee,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 21-00029-KD-B** |
| | ) | |
| **BAMA OAKS RETIREMENT, LLC;** | ) | |
| **SAINT SIMONS HEALTH CARE, LLC;** | ) | |
| **and THE MEDICAL CLINIC BOARD** | ) | |
| **OF THE CITY OF MOBILE (SECOND),** | ) | |
| **Defendants,** | ) | |
| | | |
| **BOKF, N.A., as Indenture Trustee,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 21-00031-KD-B** |
| | ) | |
| **GORDON JENSEN HEALTH CARE** | ) | |
| **ASSOCIATION, INC.;** | ) | |
| **KNOLLWOOD NH, LLC;** | ) | |
| **CONQUEST HEALTH SYSTEMS, LLC;** | ) | |
| **MARSH POINTE MANAGEMENT, LLC;** | ) | |
| **and MEDICAL CLINIC BOARD OF THE** | ) | |
| **CITY OF MOBILE (SECOND),** | ) | |
| **Defendants.** | ) | |

## ORDER

Previously, the Court entered an Order Approving Final Accounting and Discharging

Derek Pierce, Managing Director of Healthcare Management Partners, LLC, the Receiver (Civil

Action No. 21-00028-KD-B (doc. 244); Civil Action No. 21-00029-KD-B (doc. 243); and Civil

Action No. 21-00031-KD-B (doc. 253). The Court authorized the Receiver to make the remaining distributions in the Final Accounting from the Receivership Estates and to file a Notice of Final Disbursement, as soon as practicable, but no later than January 31, 2024. The Court also ordered that when the Notice of Final Disbursement was filed, the Receiver would be discharged from any further duties, responsibilities, or obligations under or pursuant to the Receivership Orders.

This action is now before the Court on the Notice of Final Disbursement and Final Accounting filed by the Receiver (Civil Action No. 21-00028-KD-B (doc. 246); Civil Action No. 21-00029-KD-B (doc. 245); and Civil Action No. 21-00031-KD-B (doc. 270). Upon review of the Notice and Final Accounting, which includes the actual versus estimated disbursements, and the Receiver's statement that he has made all the remaining distributions from the Receivership Estates, the Receiver is discharged from any further duties, responsibilities, or obligations under or pursuant to the Receivership Orders.[1] Accordingly, this action is dismissed with prejudice.[2]

The Receiver shall serve a copy of this Order on all parties and interested persons and entities served with the Notice of Final Disbursement.

DONE and ORDERED this the 22nd day of December 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] The effect of discharge is set forth in the Order Approving Final Accounting and Discharging the Receiver. Civil Action No. 21-00028-KD-B (doc. 244, p. 15-16; Civil Action No. 21-00029-KD-B (doc. 243, p. 15-16); and Civil Action No. 21-00031-KD-B (doc. 253, p. 15-16).

[2] Fed. R. Civ. P. 66 ("… An action in which a receiver has been appointed may be dismissed only by court order.")